**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

DANA BYRNE, GALE LaCAVA, JOHN CONROY,   :
PAUL CRESTI, ANNETTE ILAGAN, ROGER KLEIN,   :
KEVIN McCAUSLAND, STEVE MYLENSKI, JAMIE   :
PALAZZOLO, SEAN ROCHE, SAL TOMASIELLO,   :      Civil Action No. 12-civ-8203 (PKC)
BRIAN WONG, on behalf of themselves individually and   :
on behalf of all other similarly situated persons,   :

                       Plaintiffs,   :      **CONSENT FORM**

           v.   :

RMJM, INC.; RMJM GROUP, INC.; RMJM   :
HILLIER GROUP, INC.; RMJM HILLIER   :
WORLDWIDE, INC.; RMJM WORLDWIDE, INC.;   :
RICHARD BAILES; DECLAN THOMPSON; FRASER   :
MORRISON; and PETER MORRISON,   :

                     Defendants.   :

----------------------------------------------------------------- x

I hereby consent to join as a party plaintiff in the above-captioned matter seeking

damages and other relief that may be appropriate against Defendants RMJM, Inc., RMJM Group,

Inc., RMJM Hillier Group, Inc. RMJM Hillier Worldwide, Inc., RMJM, Inc., RMJM Worldwide,

Inc., Richard Bailes, Declan Thompson, Fraser Morrison and Peter Morrison for their alleged

violations of the Fair Labor Standards Act. I understand that by filing this Consent Form, I will

be bound by the judgment of the Court, whether favorable to me or not.

**Name:**      Roger Klein

**Address:**      283 Prospect Avenue; Princeton, NJ 08540

**Telephone:**      (609) 480-6262

**Email:**      rk.rogerklein@gmail.com

**Signature:** _____

**Date:**      January 2, 2013