UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DANA BYRNE, GALE LaCAVA, JOHN CONROY,
PAUL CRESTI, ANNETTE ILAGAN, ROGER KLEIN,
KEVIN McCAUSLAND, STEVE MYLENSKI, JAMIE
PALAZZOLO, SEAN ROCHE, SAL TOMASIELLO,         Civil Action No. 12-civ-8203 (PKC)
BRIAN WONG, on behalf of themselves individually and
on behalf of all other similarly situated persons,

                Plaintiffs,                **CONSENT FORM**

    v.

RMJM, INC.; RMJM GROUP, INC.; RMJM
HILLIER GROUP, INC.; RMJM HILLIER
WORLDWIDE, INC.; RMJM WORLDWIDE, INC.;
RICHARD BAILES; DECLAN THOMPSON; FRASER
MORRISON; and PETER MORRISON,

                Defendants.
------------------------------------------------------------- x

    I hereby consent to join as a party plaintiff in the above-captioned matter seeking damages and other relief that may be appropriate against Defendants RMJM, Inc., RMJM Group, Inc., RMJM Hillier Group, Inc. RMJM Hillier Worldwide, Inc., RMJM, Inc., RMJM Worldwide, Inc., Richard Bailes, Declan Thompson, Fraser Morrison and Peter Morrison for their alleged violations of the Fair Labor Standards Act. I understand that by filing this Consent Form, I will be bound by the judgment of the Court, whether favorable to me or not.

**Name:**      Steve Mylenski

**Address:**   79 Maple Ave.; Tuckahoe, NY 10707

**Telephone:** (914) 523-7412

**Email:**      mylenski@gmail.com

**Signature:**  _/s/ Steve Mylenski_

**Date:**      January 03, 2013