UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANA BYRNE, GALE LaCAVA, JOHN CONROY,
PAUL CRESTI, ANNETTE ILAGAN, ROGER KLEIN,
KEVIN McCAUSLAND, STEVE MYLENSKI, JAMIE
PALAZZOLO, SEAN ROCHE, SAL TOMASIELLO,
BRIAN WONG, on behalf of themselves individually
and on behalf of all other similarly situated persons,

       Plaintiffs,

    v.

RMJM, INC., RMJM GROUP, INC., RMJM HILLIER
GROUP, INC., RMJM HILLIER WORLDWIDE, INC.,
RMJM WORLDWIDE, INC., RICHARD BAILES,
DECLAN THOMPSON, FRASER MORRISON and
PETER MORRISON,

       Defendants.

---

Case No. 12-civ-8203 (PKC)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case on behalf of the Defendants, RMJM, INC., RMJM GROUP, INC., RMJM HILLIER GROUP, INC., RMJM HILLIER WORLDWIDE, INC., RMJM WORLDWIDE, INC., RICHARD BAILES, DECLAN THOMPSON, FRASER MORRISON and PETER MORRISON.

 I certify that I am admitted to practice in this Court.

Dated: New York, New York
   January 24, 2013

           BOND, SCHOENECK & KING, PLLC

           By: _____s/ John Ho_____
             John Ho
             JH-7831
           *Attorneys for Defendants*
           330 Madison Avenue, 39th Floor
           New York City, NY 10017-5001
           Telephone: (646) 253-2322
           Fax: (646) 253-2301
           hoj@bsk.com

55654.1