UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA BYRNE, GALE LaCAVA, JOHN CONROY,
PAUL CRESTI, ANNETTE ILAGAN, ROGER KLEIN,
KEVIN McCAUSLAND, STEVE MYLENSKI, JAMIE
PALAZZOLO, SEAN ROCHE, SAL TOMASIELLO,
BRIAN WONG, on behalf of themselves individually
and on behalf of all other similarly situated persons,

       Plaintiffs,

   v.

RMJM, INC., RMJM GROUP, INC., RMJM HILLIER
GROUP, INC., RMJM HILLIER WORLDWIDE, INC.,
RMJM WORLDWIDE, INC., RICHARD BAILES,
DECLAN THOMPSON, FRASER MORRISON and
PETER MORRISON,

       Defendants.

Case No. 12-civ-8203 (PKC)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case on behalf of the Defendants, RMJM, INC., RMJM GROUP, INC., RMJM HILLIER GROUP, INC., RMJM HILLIER WORLDWIDE, INC., RMJM WORLDWIDE INC., RICHARD BAILES, DECLAN THOMPSON, FRASER MORRISON and PETER MORRISON.

  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   January 24, 2013

          BOND, SCHOENECK & KING, PLLC

          By:  s/ Jessica Satriano
            Jessica Satriano
            JS-0981
          *Attorneys for Defendants*
          1399 Franklin Avenue, Suite 200
          Garden City, New York 11530
          Telephone: (516) 267-6300
          Fax: (516) 267-6301
          jsatriano@bsk.com

55656.1