UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANA BYRNE, GALE LaCAVA, JOHN CONROY,
PAUL CRESTI, ANNETTE ILAGAN, ROGER
KLEIN, KEVIN McCAUSLAND, STEVE
MYLENSKI, JAMIE PALAZZOLO, SEAN
ROCHE, SAL TOMASIELLO, BRIAN WONG,
on behalf of themselves individually and on behalf
of all other similarly situated persons,                    12 CIV 8203 (PKC)

                Plaintiffs,                      **RULE 7.1**
   v.                                                  **CORPORATE DISCLOSURE**
                                                                                      **STATEMENT**

RMJM, INC., RMJM GROUP, INC., RMJM
HILLIER GROUP, INC., RMJM HILLIER
WORLDWIDE, INC., RMJM WORLDWIDE, INC.,
RICHARD BAILES, DECLAN THOMPSON,
FRASER MORRISON and PETER MORRISON

                Defendants.
------------------------------------------------------------------X

     Defendants, RMJM INC., RMJM GROUP, INC., RMJM HILLIER GROUP, INC., RMJM HILLIER WORLDWIDE, INC., RMJM WORLDWIDE, INC., by the undersigned counsel, hereby declares as follows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1. The parent corporation is RMJM Group Limited.

    2. No publicly held corporation holds 10% or more of said Defendants' stock.

Dated: February 11, 2013
       New York, New York

                                        Respectfully submitted,

                                        /s     John Ho
                                        Bond, Schoeneck & King, PLLC
                                        By John Ho (JH 7831)
                                        330 Madison Avenue, 39th Floor
                                        New York, New York 10017
                                        (646) 253-2320