UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA BYRNE, ROGER KLEIN, GALE LACAVA, KEVIN MCCAUSLAND, STEVE MYLENSKI, JAMIE PALAZZOLO, SEAN ROCHE, SAL TOMASIELLO, PAUL CRESTI, JOHN CONROY, BRIAN WONG, ANNETTE ILAGAN, BELINDA PARK, BRIAN MENEGHIN, DERRIN HAWKINS, and VLADIMIR KVINT,

                Plaintiffs,

-v-

RMJM, INC., RMJM GROUP, INC., RMJM HILLIER GROUP, INC., RICHARD BAILES, DECLAN THOMPSON, PETER MORRISON, FRASER MORRISON, RMJM WORLDWIDE, INC., and RMJM HILLIER WORLDWIDE, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/13
```

12 Civ. 8203 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    As counsel may be aware, this case was recently transferred to me. My Individual Practices in Civil Cases are available at http://www.nysd.uscourts.gov/judge/Torres.

    All current deadlines and schedules remain in effect, except that the status conference scheduled for October 25, 2013, at 10:30 a.m., is adjourned to **October 25, 2013, at 11:30 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York.

    In addition, by **June 20, 2013,** the parties shall e-mail to chambers (Torres_NYSDChambers@nysd.uscourts.gov) a joint letter, not exceeding six pages, providing in separate paragraphs:

    1.    Names of counsel and current contact information, if different from the docket;

    2.    A brief statement of the nature of the case and/or the principal defenses thereto;

    3.    A statement of all existing deadlines, due dates, and/or cut-off dates;

    4.    A statement of any previously scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed;

    5.    A brief description of any motion that has been made, including the date of the motion and whether the motion has been decided;

6. A statement of whether there are any pending appeals;

7. A detailed statement of all discovery undertaken to date, including how many depositions each party has taken and what, if any, discovery remains that is essential for the parties to engage in meaningful settlement negotiations;

8. A statement describing the status of any settlement discussions, and whether the parties have a joint interest in referral to a United States Magistrate Judge for settlement purposes;

9. An estimate of the length of trial; and

10. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Plaintiffs' attorney is responsible for ensuring that counsel for all parties are alerted to this order.

SO ORDERED.

Dated: June 12, 2013
 New York, New York

_____
ANALISA TORRES
United States District Judge