# BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**KATE I. REID, ESQ.**
kreid@bsk.com
P: 315.218.8625
F: 315.218.8100

August 14, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/23/13_

**VIA ELECTRONIC MAIL**

Hon. Analisa Torres
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Byrne, et al. v. RMJM, Inc., et al.*
     *Civil Action No. 12-cv-8203 (AT)*
     *Status Update*

Dear Judge Torres:

We represent the Defendants in the above-referenced matter and write jointly with Plaintiffs to provide the Court with a status update in accordance with the Court's July 15, 2013, Order.

During their August 7, 2013, mediation, the parties reached an agreement to resolve all the claims in this litigation.  Consequently, the Defendants no longer require a pre-motion conference.  The parties are in the process of negotiating a full settlement agreement.

As the parties' settlement agreement is confidential, we request that this letter not be publicly docketed or filed.

Respectfully,

BOND, SCHOENECK & KING, PLLC

*s/ Kate I. Reid*

Kate I. Reid, Esq.

KIR/ca

Cc:  David Gottlieb (*via email*)
     Douglas Wigdor  (*via email*)
     Michael John Willemin (*via email*)