# Exhibit G

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong,<br>*Plaintiffs*<br>v.<br>RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison,<br>*Defendants.* | Civil Action No.: 12 Civ. 8203 (AT)<br><br>(If the action is pending in another district, state where: _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Bank of America
      Care of CT Corporation System
      111 8th Avenue, 13th Floor
      New York, NY 10011

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
   **See Appendix A.**

| Place:<br>Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003 | Date and Time:<br><br>August 30, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: July 30, 2013

   CLERK OF COURT

                                                                OR   */s/ [signature]*
   _____                                   _____
   *Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Plaintiffs   , who issues or requests this subpoena, are:

   Michael J. Willemin, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
   mwillemin@thompsonwigdor.com, (212) 257-6800

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong, *Plaintiffs* v. RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison, *Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC)<br><br>(If the action is pending in another district, state where: _____ District of _____ ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Bank of America
     Legal Order Processing Department
     5701 Horatio Street
     Utica, NY 13502

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Appendix A.**

| Place: Thompson Wigdor LLP 85 Fifth Avenue New York, NY 10003 | Date and Time: August 29, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: July 30, 2013

          *CLERK OF COURT*
                                                                       OR    [signature]
      _____            _____
         *Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Plaintiffs     , who issues or requests this subpoena, are:

Michael J. Willemin, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
mwillemin@thompsonwigdor.com, (212) 257-6800

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong,<br>*Plaintiffs*<br>v.<br>RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison,<br>*Defendants.* | Civil Action No.: 12 Civ. 8203 (AT)<br><br>(If the action is pending in another district, state where:<br>_____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: HSBC BANK USA, N.A.
Legal Processing Department
P.O. Box 1145
Buffalo, NY 14240

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
   **See Appendix A.**

| Place:<br>Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003 | Date and Time:<br><br>August 30, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: July 30, 2013

CLERK OF COURT                                         OR   *[signature]*

_____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Plaintiffs     , who issues or requests this subpoena, are:

Michael J. Willemin, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
mwillemin@thompsonwigdor.com, (212) 257-6800

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong, <br> *Plaintiffs* <br> v. <br> RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison, <br> *Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC) <br><br> (If the action is pending in another district, state where: _____ District of _____ ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Intuit Online Payroll
      2632 Marine Way
      Mountain View, CA 94043

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Appendix A.**

| Place: | Date and Time: |
|---|---|
| Thompson Wigdor LLP <br> 85 Fifth Avenue <br> New York, NY 10003 | July 21, 2013 at 10:00 A.M. |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: June 21, 2013

*CLERK OF COURT*

OR _____

_____                              _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Plaintiffs____ , who issues or requests this subpoena, are:

Michael J. Willemin, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
mwillemin@thompsonwigdor.com, (212) 257-6800

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong, <br> *Plaintiffs* <br> v. <br> RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison, <br> *Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC) <br><br> (If the action is pending in another district, state where: <br> _____ District of _____ ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS<br>OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   Connecticut General Life Insurance
      900 Cottage Grove Road, B6LPA
      Hartford, CT 06152

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Appendix A.**

| Place: <br> Thompson Wigdor LLP <br> 85 Fifth Avenue <br> New York, NY 10003 | Date and Time: <br><br> July 12, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  June 12, 2013

|   CLERK OF COURT   | OR | *[signature]* |
|---|---|---|
| _____ <br> *Signature of Clerk or Deputy Clerk* | | _____ <br> *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  **Plaintiffs**, who issues or requests this subpoena, are:

Michael J. Willemin, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
mwillemin@thompsonwigdor.com, (212) 257-6800

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong,<br>*Plaintiffs*<br>v.<br>RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison,<br>*Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC)<br><br>(If the action is pending in another district, state where:<br>_____ District of _____ ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Cigna HealthCare
Routing B2CAU
900 Cottage Grove Road
Hartford, CT 06152

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
**See Appendix A.**

| Place:<br>Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003 | Date and Time:<br><br>July 5, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: June 5, 2013

CLERK OF COURT

_____  OR  *[signature]*
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Plaintiffs____, who issues or requests this subpoena, are:

David E. Gottlieb, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
dgottlieb@thompsonwigdor.com, (212) 257-6800

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong, <br> *Plaintiffs* <br> v. <br> RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison, <br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 12 Civ. 8203 (PKC) <br><br> (If the action is pending in another district, state where: <br> _____ District of _____ ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   Vision Service Plan
      3333 Quality Drive
      Rancho Cordova, CA 95670

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Appendix A.**

| Place: <br> Thompson Wigdor LLP <br> 85 Fifth Avenue <br> New York, NY 10003 | Date and Time: <br><br> July 5, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  June 5, 2013

CLERK OF COURT

OR  *[signature]*

_____          _____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     __Plaintiffs__    , who issues or requests this subpoena, are:

David E. Gottlieb, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
dgottlieb@thompsonwigdor.com, (212) 257-6800

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong,<br>*Plaintiffs*<br>v.<br>RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison,<br>*Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC)<br><br>(If the action is pending in another district, state where: _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Delta Dental of New Jersey, Inc.
      Delta Dental Plaza
      1639 Route 10
      Parsippany, NJ 07054

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
   **See Appendix A.**

| Place: | Date and Time: |
|---|---|
| Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003 | July 5, 2013 at 10:00 A.M. |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  June 5, 2013

   CLERK OF COURT
                                                    OR     *[signature]*
   _____                         _____
   *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Plaintiffs   , who issues or requests this subpoena, are:

David E. Gottlieb, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
dgottlieb@thompsonwigdor.com, (212) 257-6800

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong, <br> *Plaintiffs* <br> v. <br> RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison, <br> *Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC) <br><br> (If the action is pending in another district, state where: <br> _____ District of _____ ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   The Standard Insurance Company
      900 SW Fifth Avenue
      Portland, OR 97204

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Appendix A.**

| Place: <br> Thompson Wigdor LLP <br> 85 Fifth Avenue <br> New York, NY 10003 | Date and Time: <br><br> July 5, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: June 5, 2013

*CLERK OF COURT*

OR   *[signature]*

_____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   **Plaintiffs**  , who issues or requests this subpoena, are:

David E. Gottlieb, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
dgottlieb@thompsonwigdor.com, (212) 257-6800

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong,<br>*Plaintiffs*<br>v.<br>RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison,<br>*Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC)<br><br>(If the action is pending in another district, state where:<br>_____ District of _____ ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   The Standard Insurance Company
      100 Walnut Ave., Ste. 310
      Clark, NJ 07066

✓   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Appendix A.**

| Place:<br>Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003 | Date and Time:<br><br>July 5, 2013 at 10:00 A.M. |
|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  June 5, 2013

                    CLERK OF COURT
                                                   OR        *[signature]*
_____                          _____
    *Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   ____Plaintiffs____ ,
who issues or requests this subpoena, are:

David E. Gottlieb, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
dgottlieb@thompsonwigdor.com, (212) 257-6800

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong, *Plaintiffs* v. RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison, *Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC) (If the action is pending in another district, state where: _____ District of _____ ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Automatic Data Processing, Inc.
     1 ADP Boulevard
     Roseland, NJ 07068

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
   See Appendix A.

| Place: Thompson Wigdor LLP 85 Fifth Avenue New York, NY 10003 | Date and Time: July 5, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: June 5, 2013

CLERK OF COURT

_____          OR          *[signature]*
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Plaintiffs___, who issues or requests this subpoena, are:

David E. Gottlieb, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
dgottlieb@thompsonwigdor.com, (212) 257-6800

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Dana Byrne, Gale LaCava, John Conroy, Paul Cresti, Derrin Hawkins, Annette Ilagan, Roger Klein, Vladimir Kvint, Kevin McCausland, Brian Meneghin, Steve Mylenski, Jamie Palazzolo, Belinda Park, Sean Roche, Sal Tomasiello, and Brian Wong,<br>*Plaintiffs*<br>v.<br>RMJM, Inc.; RMJM Group, Inc.; RMJM Hillier Group, Inc.; RMJM Hillier Worldwide, Inc.; RMJM Worldwide, Inc.; Richard Bailes; Declan Thompson; Fraser Morrison; and Peter Morrison,<br>*Defendants.* | Civil Action No.: 12 Civ. 8203 (PKC)<br><br>(If the action is pending in another district, state where:<br>_____ District of _____ ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   Prudential Retirement
      500 Main Street
      Dubuque, IA 52001

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
   **See Appendix A.**

| Place:<br>Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003 | Date and Time:<br><br>July 5, 2013 at 10:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  June 5, 2013

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | | *[signature]*<br>*Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____Plaintiffs_____ , who issues or requests this subpoena, are:

   David E. Gottlieb, Thompson Wigdor LLP, 85 Fifth Avenue, New York, NY 10003
   dgottlieb@thompsonwigdor.com, (212) 257-6800