# Exhibit L



# Leaked emails reveal turmoil at top of architects behind Europe's tallest tower

Managing director quits amid investigation into alleged failure to pay staff and creditors

David Connett

Thursday, 30 May 2013

One of Britain's leading architects – the firm behind the Scottish Parliament, Abu Dhabi's striking Capital Gate and Europe's tallest building, the proposed Gazprom Tower in St Petersburg – suffered a damaging blow when its managing director quit shortly after embarrassing emails criticising him were leaked.

The Edinburgh-based firm RMJM is also to be investigated by the Royal Institute of British Architects. The inquiry is understood to relate to allegations that RMJM has failed to pay staff and creditors. RIBA President Angela Brady was quoted as saying that RMJM staff should contact her officials.

The resignation of Jonathan French after only three months in the job follows the leaking of an internal email critical of him. The memo, from chief executive Peter Morrison, opposed French's appointment to lead a merger of the troubled firm's European and Middle East units, adding: "There is just no possible way we can have Jonathan leading anything. There is no way that we can give a big job to a guy that doesn't know the difference between cash and revenue."

After the leak Mr French said he was "deeply saddened" to find himself at the centre of a "bizarre situation" but insisted he saw no reason to instruct lawyers.

Today he announced he was quitting RMJM and joining a rival firm, Woods Bagot. A spokesman for Woods Bagot said Mr French was unable to comment on his departure.

His resignation is the latest of a series of reversals to hit the company, which, at its height, boasted of being one of the top-three biggest architectural firms in the world with offices in London, Dubai, Hong Kong, Singapore and New York. His appointment was hailed as a "turning point" for RMJM, which has been plagued by controversy and bad publicity.

At a Scottish employment tribunal last year, it was revealed that the firm had cut over 800 staff in a three-year period. Many departed staff across the world have since launched multiple legal actions in which they alleged that they have not been paid. The architect's accounts last year admitted the firm had suffered "liquidity issues" and announced pre-tax losses of more than £10m.

In October 2012, hours after bailiffs seized equipment at its London offices, three of its subsidiary companies went into receivership owing creditors £6.5m. Despite its financial difficulties RMJM controversially employed disgraced former RBS boss Fred Goodwin as an "adviser". Last night Mr Morrison said the firm had not been contacted by RIBA, had not

sought to hide from the salary problems and had always tried to preserve jobs in the UK. He said RMJM had suffered from delayed client payments.

"Instead of beating up on a company that is principally focused on preserving jobs, it might be more appropriate for the Architectural Community to join us in leading the sector out of recession in the UK," he said.

"Our workforce fully understand our approach to preserving their jobs, know that their salaries will be paid but from time to time might be late and can, of course, leave at any time if they are unable to cope with late salaries. I would suggest it is better to be paid late than never."

A spokeswoman for RIBA declined to comment on the specifics of the RMJM inquiry. "RIBA deplores any practice failing to meet their responsibilities as an employer," she said.

**The leaked email: A 'bizarre situation'**

Discussing who would head up a proposed merger between its Europe and Middle East business, RMJM's group chief executive Peter Morrison sent an email to the group's commercial director, Declan Thompson,.

This correspondence read: "There is just no possible way we can have Jonathan [French] leading anything. There is no way that we can give a big job to a guy that doesn't know the difference between cash and revenue."

The leaked email also includes claims about French's supposed "refusal to travel economy [and] that he is paying himself before others in Europe [which] is bound to get out".

Edinburgh 14°C
Change location

Monday 30 September 2013
Hello Visitor
Sign in | Register | Subscribe
Search



# heraldscotland
The Herald | sundayherald

| hs | News | Politics | Sport | Business | Comment | Arts & Ents | Life & Style | Going Out | Weather | Puzzles |

Homepage News UK Scotland World Education Opinion Sport Small Business Politics Reforming    Book an ad  Family Notices  Dating  Local Businesses  Cars  Property  Jobs

This site uses cookies. By continuing to browse the site you agree to our use of cookies. Find out more here.

TEXT SIZE   

## RMJM's subsidiaries put into receivership



Greig Cameron
Deputy Business Editor

Saturday 27 October 2012

**SCOTLAND'S largest architecture firm RMJM Group has performed a major corporate shake-up by putting three of its subsidiaries into receivership.**



BIGGER PICTURE: Peter Morrison said restructuring was essential due to the global recession which has hit UK construction. Picture: Steve Cox

Insolvency professionals were appointed to RMJM Limited, RMJM Scotland and RMJM London after directors concluded the businesses could no longer continue to trade.

In a statement, RMJM Group, run by Sir Fraser Morrison and his son Peter, said there was "a deep sense of regret" over the move.

However, following their appointment, receivers from accountancy firm KPMG immediately completed a sale of the business and assets of each company to the newly formed RMJM Architecture.

RMJM Group, which worked on the Scottish Parliament, said the deal includes the contracts the subsidiaries were working on and preserves all 120 jobs in its UK operations.

Blair Nimmo, head of KPMG restructuring in Scotland, said: "The companies' businesses have been very severely impacted by the slowdown in the construction industry as a result of the worldwide recession.

"The sale of the businesses to RMJM Architecture will help facilitate continuation of the companies' current contracts, preserve the employment of some 120 people and achieve the maximum return for the companies' creditors."

RMJM Group said its subsidiaries in the Middle East, United States and Asia were unaffected by the restructuring.

### MOST READ

- BBC acts to take radio pundit off air after sexist rant
- Tam Cowan dropped by BBC Scotland after sexist newspaper column
- Independence could lead to clashes over citizenship, says academic
- Calls for probe into creationist physics teacher
- Tam Cowan: this has not been my finest hour and a half
- Fiscal's wife stole £600,000
- Cameron 'feart' and Salmond 'scared' of televised debates
- Top restaurateur declared bankrupt
- Celtic loss preserves sanctity of the treble
- So, John Barrowman's a No vote...oh Yes he is

### SPONSORED LINKS

### MOST COMMENTED

- Coalition dismisses requests for live TV debate
- Barrowman speaks out against Yes vote
- Cameron 'feart' and Salmond 'scared' of televised debates
- PM tells Salmond: you don't pick who you debate indyref with
- Miliband tells Labour conference 'let's win the battle for the UK'
- The case for our defence
- Salmond warns PM to debate or 'butt out'
- Curran: Labour Party will break up if indy Scotland succeeds
- BBC acts to take radio pundit off air after sexist rant
- Salmond under pressure to outlaw bedroom tax evictions



Ian Bell

Peter Morrison, who lives in New York, said: "The RMJM team around the world have shown tremendous resilience and loyalty in extremely challenging circumstances over the last number of years.

"The financial issues the business has faced are a direct impact of a brutal global recession and the well documented impact of this on the UK construction market.

"This restructuring is designed to support the clients, projects and the staff of RMJM's business in the UK."

The most recent accounts for RMJM Limited cover the 12 months to April 30, 2011 and show a pre-tax profit of £679,000, down from £1.9 million the previous year, with turnover increasing from £5.4m to £8.6m.

RMJM London accounts for the same period show a £2.5m pre-tax loss, against a £1.7m loss the previous year in spite of turnover rising from £7.2m to £8.1m.

At RMJM Scotland, losses widened from £2m to £2.4m as turnover dipped from £17.2m to £9.6m.

The overall RMJM Group accounts report a near £11m loss with turnover down from £81.2m to £71.6m.

There was also confirmation Sir Peter and the Morrison family took on the entire debt of the business from Bank of Scotland on April 27 this year.

Bank borrowings in the 2011 accounts were almost £20m.

According to the accounts, RMJM Group's bank is now HSBC.

The accounts also stated RMJM returned to operating profit in the year ended April 30, 2012, and the most recent financial year had started well.

The company has been affected by problems in the global economy which have led to many major construction projects being abandoned or delayed.

RMJM was founded in Edinburgh in 1956 by architects Robert Matthew Stirrat Johnson-Marshall.

Its work in Scotland includes the Royal Commonwealth Pool in Edinburgh, the Tron Theatre in Glasgow and the Falkirk Wheel.

In recent years it has worked on high-profile international projects including the China National Convention Centre in Beijing, the Gazprom Tower in St Petersburg, Russia, and the Princeton Hospital in New Jersey.

The business employed former Royal Bank of Scotland boss Fred Goodwin as a consultant in what was his first role after leaving the bank. Mr Goodwin no longer works at RMJM.

### RELATED ARTICLES

RMJM comes under fire as tribunal reveals the true extent of job losses at firm
Company News • Sun 19 Aug 2012

RMJM suffers £11m loss as sector slumps
Company News • Thu 16 Aug 2012

**Commenting & Moderation**
We moderate all comments on HeraldScotland on either a pre-moderated or post-moderated basis. If you're a relatively new user then your comments will be reviewed before publication and if we know you well then your comments will be subject to moderation only if other users or the moderators believe you've broken the rules, which are available here.

Moderation is undertaken full-time 9am-6pm on weekdays, and on a part-time basis outwith those hours. Please be patient if your posts are not approved instantly.

**1 comment**  0

 Leave a message...

Oldest    Community                                          Share   ⚙

 **Mel Kelly, Irvine** · 11 months ago

Is RMRM not the company that Fred Goodwin went to work for after the bankrupsy of the Royal Bank of Scotland ?

"SHAMED Royal Bank of Scotland chief Fred Goodwin was a "ruthless" cash manager whose actions after joining embattled Scots architectural firm RMJM led to salaries not being paid and staff defecting, according to a former senior executive.

David Pringle said the former Royal Bank of Scotland chief, who was hired by Edinburgh-based RMJM on a reported six-figure salary in January 2010 only to relinquish his duties about a year later, was "deeply unpopular" with many of the firm's directors and staff due to his effect on the way the firm was managed during a turbulent period in its history.

Goodwin was given the senior manager position at RMJM in a surprise move after the rest of the business world shunned him following the forced bail-out of RBS. The bank posted the biggest losses in British corporate history.

However, Pringle, who was one of 80 staff to resign from RMJM's Hong Kong business last year, says Goodwin's reign was "the straw that broke the camel's back".

as reported by the Scotsman
http://www.scotsman.com/news/f...

⌃ ⌄   Reply   Share ›

 Subscribe    Add Disqus to your site

---

**heraldscotland**

© Copyright 2013
Herald & Times Group
All rights reserved

**Our News Services**
Mobile
Apps and Kindle
Newspaper
Digital Editions
Back Issues
Online Archive
Email, Twitter, RSS Syndication

**Our Advertising Services**
Family Notices
Book Your Newspaper Ad online
Contact the Sales Team
View Newspaper Ads
Commercial Features

**Our Personal Services**
Help, Feedback & Contact
Dating
Travel Services
Photo Sales
Crosswords & Sudoku

**Our Colleagues**
Evening Times
s1
The Scottish Farmer
Scottish Horse
Newsquest Media Group
Scottish Newspaper Printers

**About Us**
Herald & Times Group
Terms & Conditions
Privacy Policy
How We Use Cookies
Employment

Case 4:12-cv-08203-ATec Document 50-13 Filed 09/30/13   Page 7 of 14

**bdonline.co.uk**

Monday 30 September 2013

# RMJM firms owed £400k at time of receivership

1 November 2012 | By David Rogers

Outstanding county court judgments totalled £416,331

The final amount RMJM owes creditors is expected later this month with the figure set to include more than £400,000 in unpaid county court judgments.

KPMG is preparing the report following its appointment as receiver for the three UK businesses that were put into receivership last Friday – RMJM London, RMJM Ltd and RMJM Scotland. The final figure owed to creditors is set to be at least £500,000.



Peter Morrison, chief executive of RMJM

Staff are not expected to be listed as creditors after their latest salaries were paid by cheque when they failed to turn up in bank accounts on time.

Hours after its appointment, KPMG oversaw the sale of the assets of each company – contracts and staff – to RMJM Architecture under a controversial pre-pack agreement.

Blair Nimmo, head of KPMG Restructuring in Scotland, defended the use of a pre-pack and added: "The sale of the businesses to RMJM Architecture will help facilitate continuation of the companies' current contracts, preserve the employment of some 120 people and achieve the maximum return for the companies' creditors."

This week records obtained from the Registry Trust, which operates the register of judgments in England and Wales and carries out searches across other parts of the country including Scotland, show the three businesses owed a combined £416,331 in outstanding county court judgments at the time they went into receivership.

Of 27 outstanding judgments, the oldest dates back to December 2010 with the largest amount owed, £69,519, due to architectural model maker Henry Milner Ltd in a judgment made at Northampton County Court Money Claims Centre in June.

Creditors are also expected to include German engineering firm Muller BBM which is owed nearly £56,000 and RMJM's former London landlord Torrello Properties owed £120,000 in missing rent.

Last Wednesday evening, RMJM moved out of its London office at Paul Street – just a day after bailiffs came round chasing a payment on behalf of Muller BBM and a week after it was told to pay the missing rent or face closure by lawyers acting for Torrello.

Its new office in the capital is listed at 14-16 Westbourne Grove and is a serviced office run by specialist office provider Business Environment. According to its website, among the benefits of using a Business Environment office is that no deposit is required while terms of stay range from one month to 25 years.

In a statement announcing the receivership, RMJM chief executive Peter Morrison blamed the "brutal global recession" for the decision and added: "This restructuring is designed to support the clients, projects and staff of RMJM's business in the UK." RMJM declined to comment further.

0      Follow @bdonline  26.2K followers      Like   0

## Related Company Resources


**Home**
The TAPER-LOC® System is the simple way to install glass railings and balustrades.


**Building Information Modelling**
Kalzip BIM models, NBS specifications and technical expertise ready for your use

bdonline.co.uk **Related Company Resources**
The single resource for all your building design industry needs

bdonline.co.uk **Related Company Resources**
Keep ahead with the leading building design industry companies

## Readers' comments (9)

- tis was | 1 November 2012 7:45 am

    So does this report comment on the actions of the company directors in the 2 years preceding administration. That would be interesting reading....perhaps a best seller....can I order a copy through Amazon our KPMG direct?

News (http://www.scotsman.com/news) (http://www.scotsman.com/news)  Sport (http://www.scotsman.com/sport)   Business (http://www.scotsman.com/business) Submit query

What's On (http://www.scotsman.com/what-s-on)   Lifestyle (http://www.scotsman.com/lifestyle)   Jobs (http://www.scotsman.com/jobs)

Directory (http://www.scotsman.com/findit)   Motors (http://www.scotsman.com/motors)   Property (http://www.scotsman.com/property)

Deals (http://www.dealmonster.co.uk/deal/edinburgh/)   More



(http://www.scotsman.com/)

# RMJM owners forced to bail out firm with £8m of their own money

**THE Morrison family is to plough £8 million of its own money into a bid to prop up its troubled architecture firm RMJM.**

Chief executive Peter Morrison, whose father Sir Fraser Morrison is the controlling shareholder in the business, unveiled the refinancing deal to staff and shareholders yesterday - claiming that the company would be in "robust shape" to face the future.

But sources close to the firm have warned that the cash may not be enough to pay off RMJM's debts.

The company, which until recently employed former Royal Bank of Scotland chief executive Sir Fred Goodwin as a consultant, has struggled with cash flow over the past 18 months, leaving both employees and contractors around the world without payment.

It is believed that the funding is not the first cash injection to be paid into the business out of the Morrisons' own pockets in recent years.

Mr Morrison said the firm had structured the deal with the support of its banker, and is now awaiting shareholder approval. It is thought that an agreement is likely to be in place by the end of the month.

"We have been working through the detail of this funding plan for several months, to enable us to underpin our superb architectural talent worldwide with a robust financial position," said Mr Morrison.

"The economic downturn has meant a very difficult couple of years for the profession, but I'm immensely grateful to our teams and our partners worldwide for their patience and the exceptional quality of work they have continued to produce."

The funding package is made up of 5m which the Morrisons will inject into the company via a share issue, plus a 3m loan.

RMJM's accounts for the year to the end of April last year, which were due to be filed with Companies House in January, are now two months late.

The firm said the money would address its cash-flow issues - a result, it has claimed, both of the recession and late payments from clients.

A source close to the firm questioned whether 8m would be enough to solve the financial problems of the company, which generated a turnover of 122m in the year to April 2009.

"It is big money, but the question is: is it big enough?" asked the source.

"The company is in debt to everybody and everybody is dissatisfied. In four or five months, we will see whether this is likely to be enough."

The source added: "At least the Morrisons have finally understood that the company just cannot work without money."

News of the funding deal comes just days after it emerged there had been an exodus of senior management at the company's Hong Kong office amid a row over non-payment of salaries - while 33 other staff in the office's lucrative China team have been poached by rival firm Aedas.

Principal architect Catherine Siu was among those who walked out last week after firing off an e-mail tirade to Mr Morrison accusing him of leaving the Hong Kong operation unable to make payments to workers and local creditors. Ms Siu, who said she had made a formal complaint to the Hong Kong Labour Department, was accompanied in her walkout by other senior workers, including managing principal Bertil de Kleynen.

Just days earlier, Ed Jimenez, a senior architect at RMJM's New York office, also quit after sending a 900-word e-mail to Mr Morrison, claiming the chief executive's approach was "destined to failure".

But Mr Morrison yesterday claimed that RMJM's order book was back up to pre-recession levels following a string of contract wins including the Baha Mar Resort in the Bahamas, Motorworld and Yas Southern Marina in Abu Dhabi and the delivery of the Oman Convention and Exhibition Centre.

"Trading conditions continue to be challenging for the architecture sector but we are now seeing definite signs of recovery," added Mr Morrison. "The Far East continues to trade well and we are pursuing many significant new opportunities there."



**Monster deals in Scotland**
Save money with our exclusive offers.



**Find a property in Scotland**
From buying to renting, start your search here.



**Announcements in Scotland**
Leave messages & browse family announcements.

Case 1:12-cv-08203-ATS Document 50-13 Filed 09/30/13 Page 11 of 14

# Building.co.uk

Monday 30 September 2013

# Whatever happened to RMJM?

13 April 2012 | By Will Hurst



Disastrous cash flow, unpaid staff, an exodus of talent and now under investigation by the Pensions Regulator, even RMJM's chief executive is appalled by the scars the last few years have left. Will Hurst looks at what went wrong

In March 2011, the chief executive of architect RMJM responded to a crisis by sending his entire global staff an email. Writing to them from his 24th floor office in the firm's Manhattan studio, Peter Morrison admitted the company had experienced "two very difficult years" and, following a hideously public attack on the then 37-year-old Scot's leadership, attempted to reassure them.

Just days earlier, RMJM's Hong Kong-based Asia principal, Catherine Siu, had been suspended after berating him over the firm's repeated failure to pay salaries on time. She had done this in the form of a 900-word email which was rapidly forwarded around RMJM's offices worldwide and leaked to the press.

"Surely, when your father first bought this business for you, it came with a user's manual of sorts?" Siu had asked him caustically.

In his email, Morrison outlined proposals to shake up the Hong Kong management and thanked staff for their "continued understanding and support."

> I do feel sad. the firm's reputation was for looking after clients, not making lots of money
>
> Sir Andrew Derbyshire

http://www.building.co.uk/whatever-happened-to-rmjm?/5034745.article                                    9/30/2013

"There is much good news on the horizon," he wrote. "In the first eight weeks of this year, a series of significant project wins across our global network has further strengthened our position. As this work kicks in, and with the strong support of our bankers and shareholders, our funding is normalising."

Just over a year later, however, Morrison's forecast seems painfully wide of the mark. Within a fortnight of Siu's outburst, Morrison's father and RMJM chairman Sir Fraser Morrison - a construction tycoon and one of Scotland's wealthiest men - injected £8m of family money into the firm to shore up its finances. But despite this, RMJM's cash-flow problems soon returned and, in 2012, have gone from bad to worse.

As Building revealed last week, the firm is under investigation by the Pensions Regulator for the alleged withholding of pension contributions due to staff and now has almost £170,000 worth of outstanding county court judgments against it for non-payment of creditors. This follows its failure to file company accounts on time and the persistent delays in paying staff, a situation that has prompted a renewed exodus of senior staff since the start of the year [see box below].

So what has gone wrong at Scotland's best-known architect?

A proud history

RMJM was founded in Edinburgh in 1956 by prominent architects Robert Matthew and Stirrat Johnson-Marshall and rapidly built up a reputation for designing modernist civic schemes such as universities, hospitals and public housing.

The firm worked increasingly overseas in countries such as Libya and Saudi Arabia but according to many observers lost its way in the eighties and nineties before - in a secondary role to Spanish firm EMBT - winning the 1998 competition to design the new Scottish Parliament at Holyrood.

It was in 2002, at the height of the controversy which had then erupted over the massively over-budget parliament building, that Sir Fraser took control of the firm, buying a 56% stake in the business following his £263m sale of Morrison Construction.



Sir Fraser Morrison

For a while, RMJM under the Morrison family, achieved spectacular success. After Sir Fraser installed son Peter - a former army officer who was then just 32 - as chief executive in 2006, the business expanded rapidly, targeting large projects in the Middle East and Hong Kong and buying up leading US architect Hillier for £15m in 2007.

By the following year, RMJM was being widely lauded and was described in the Sunday Herald as "one of the most stunning Scottish business success stories in recent years," having shot into the top 10 architect practices in the world with 1,200 staff employed across 16 international offices.

RMJM won prestigious jobs such as St Petersburg's Gazprom Tower and, in 2009, took on signature architect Will Alsop to head its London studio. By that point, RMJM was openly contemplating becoming the largest architect in the world and said that it would open up new markets in regions such as Russia, South America, north Africa and Canada. The drive towards aggressive business expansion was perhaps underlined in the firm's surprise hiring of the recently disgraced banker Sir Fred "The Shred" Goodwin in an advisory role.

The Morrisons rarely give interviews and have repeatedly turned down requests from Building in recent months. But two years ago, with his firm still riding high despite the onset of the global financial crisis, Peter Morrison did grant the

magazine an audience at the Mipim property fair in Cannes.

His words then provide an insight into his no-holds-barred business strategy as he predicted that architects employing "10-200 people" would die out, adding that rapid and worldwide consolidation and diversification was the only way forward.

In comments that now seem ironic, he also hit out at architects paying staff the minimum wage and suggested that RMJM had cracked the puzzle of ensuring it was paid by overseas clients. "The reality is that 70% of architects have lost their job in this recession and people think they can abuse that to get staff," he said. "It sends out totally the wrong message and devalues the industry."

On work abroad, he added: "We've just celebrated our 40th anniversary working in the Middle East and for 35 years we made a complete mess of it. When we first broke into these parts of the world we didn't understand the clients, we didn't know how to win the right jobs, how the financial models worked or even how to get paid. Luckily we got to grips with it."

Voices from the past

The last two years of cash flow problems, however, appear to suggest otherwise. As well as the exodus of staff that has been prompted by the difficulties, the firm has been hit by legal claims from employees in the US and in Hong Kong, where - as Building revealed last month - 15 current and former employees allege they are owed £100,000 in unpaid wages and expenses.

Figures from RMJM's early days are dismayed by what has happened in the last decade, believing the Morrisons have spurned the firm's historic culture. Retired architect Sir Andrew Derbyshire, who joined the firm in 1960 and served as its chairman and president, is among them. Sir Andrew, 88, was still acting as a consultant to the firm in the late nineties and was one of those to sell company shares to Sir Fraser.



RMJM boss Peter Morrison

He still reads the architectural press and discusses the fortunes of his old employer with other names from RMJM's past such as Lord Cunliffe, the original job architect on the Commonwealth Institute.

"I do feel sad," Sir Andrew says. "We all worked hard to give the firm the reputation that it had. It was a reputation for looking after our clients as well as we possibly could. Not making lots of money but enough to live on and certainly not becoming rich.

"When we sold our shares, RMJM had a good reputation."

Some commentators believe that the Morrisons have damaged RMJM by putting non-architects in charge and by mistaking architecture for a high-rolling sector capable of generating bundles of cash.

Edinburgh architect Malcolm Fraser has predicted that the firm's "turbo-capitalist" strategy would come to grief and the secretary of the Royal Incorporation of Architects in Scotland Neil Baxter has also questioned its business model.

"Most successful architecture practices are run by successful architects and one does wonder whether this alternative approach is the best model," Baxter told Building in January.
Peter Morrison, meanwhile, has been busy composing another email to his long-suffering staff, once again promising that things are about to get better - this time following the settling of a "long outstanding debt in the Middle East".

"This will bring to an end a difficult chapter in RMJM's long and proud history which will have left many scars and for that I am very sorry," he wrote at the end of last month, adding that the process of paying missing wages was under way.

"One of our great strengths as a practice is our regional network, giving us worldwide coverage with a deep and strong presence in local markets. This is a unique platform from which to grow and develop RMJM."

One wonders if anyone working for RMJM believes him.

---

#### RMJM's difficult year so far

16 Jan  **Firm fires Glasgow-based managing principal Alistair Brand**
18 Jan  **Star designer and colleague of Brand, Paul Stallan, resigns**
19 Jan  **Royal Incorporation of Architects in Scotland criticises firm's late payment of salaries**
26 Jan  **County court judgment against RMJM over £50,000 owing to an unnamed creditor emerges**
1 Feb  **Firm releases statement voicing "extreme regret" for failure to pay salaries on time**
8 Feb  **Hong Kong based design director, Georges Hung, resigns**
1 Mar  **Edinburgh-based principal landscape architect, Kirstin Taylor, resigns**
22 Mar  **£100,000 legal claim against RMJM by Hong Kong staff made public**
22 Mar  **RMJM reported to have been dropped by US client West Virginia University**
5 April  **Pensions Regulator confirms it is investigating firm over alleged withholding of contributions**

---

0     Follow @buildingnews  38.4K followers     Like  0

## Related company resources

Building.co.uk  **Related Company Resources**
The latest building ideas & solutions from companies within the industry

Desktop Site | Mobile Site