# Exhibit M



Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

October 26, 2012

**VIA EMAIL**

Ms. Dana E. Klein Byrne
REDACTED

      Re:    <u>Claims Against RMJM</u>

Dear Dana:

We are pleased to have the opportunity to represent you in connection with your potential class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

*Ms. Dana Byrne*
October 26, 2012
Page 2

REDACTED

Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

*Ms. Dana Byrne*
October 26, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Dana Byrne

Dated: 10/26/2012



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 21, 2012

**<u>VIA EMAIL</u>**

Ms. Gale LaCava
REDACTED

      Re:    <u>Claims Against RMJM</u>

Dear Gale:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Ms. Gale LaCava
November 21, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Ms. Gale LaCava
November 21, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Gale LaCava

Dated: 12/2/12



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 29, 2012

**VIA EMAIL**

Mr. John Conroy
REDACTED

       Re:    <u>Claims Against RMJM</u>

Dear John:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. John Conroy
November 29, 2012
Page 2

REDACTED

Mr. John Conroy
November 29, 2012
Page 3


REDACTED


Sincerely,

Douglas H. Wigdor

AGREED:

John Conroy

Dated: 12/04/2012



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 29, 2012

<u>**VIA EMAIL**</u>

Mr. Paul Cresti
REDACTED

   Re: <u>Claims Against RMJM</u>

Dear Paul:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

Mr. Paul Cresti
November 29, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Paul Cresti
November 29, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Paul Cresti

Dated: 12/5/12



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

February 5, 2013

<u>**VIA EMAIL**</u>
Mr. Derrin Hawkins
REDACTED

Re:     <u>Claims Against RMJM</u>

Dear Derrin:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company").  This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf.  There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front.  However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf.  In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses.  Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business.  Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Derrin Hawkins
February 5, 2013
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Derrin Hawkins
February 5, 2013
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

_Derrin Hawkins_____
Derrin Hawkins

Dated: 02/05/2013_____



## Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

December 7, 2012


**<u>VIA EMAIL</u>**

Ms. Annette Ilagan
REDACTED


   Re: <u>Claims Against RMJM</u>

Dear Annette:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company").  This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf.  There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front.  However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf.  In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses.  Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business.  Client approval will be necessary for any expenses in excess of two hundred dollars.


REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Ms. Annette Ilagan
December 7, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Ms. Annette Ilagan
December 7, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Annette Ilagan

Dated:   12/13/12



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

25 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 27, 2012

**VIA EMAIL**

Mr. Roger Klein
REDACTED

      Re:    Claims Against RMJM

Dear Roger:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Roger Klein
November 27, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Roger Klein
November 27, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Roger Klein

Dated: 12. 11. 2012