

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

January 17, 2013

<u>**VIA EMAIL & U.S. MAIL**</u>

Mr. Vladimir Kvint
REDACTED

       Re:    <u>Claims Against RMJM</u>

Dear Vladimir:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Vladimir Kvint
January 17, 2013
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Vladimir Kvint
January 17, 2013
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

_____
Vladimir Kvint

Dated: _____01. 19. 2013_____



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 27, 2012

**VIA EMAIL**

Mr. Kevin McCausland
REDACTED

> Re:    Claims Against RMJM

Dear Kevin:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Kevin McCausland
November 27, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Kevin McCausland
November 27, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Kevin McCausland

Dated: 12 · 03 · 2012



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

December 4, 2012

**VIA EMAIL**

Mr. Brian Meneghin
REDACTED

      Re:    <u>Claims Against RMJM</u>

Dear Brian:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

Mr. Brian Meneghin
December 4, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Brian Meneghin
December 4, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Brian Meneghin

Dated: 2/5/13



## Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 27, 2012

**VIA EMAIL**

Mr. Steve Mylenski

REDACTED

      Re:    <u>Claims Against RMJM</u>

Dear Steve:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

Mr. Steve Mylenski
November 27, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Steve Mylenski
November 27, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Steve Mylenski

Dated: 12/3/2012



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

December 12, 2012

**VIA EMAIL**

Mr. Jamie Palazzolo
REDACTED

> Re:   Claims Against RMJM

Dear Jamie:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company").  This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf.  There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front.  However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf.  In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses.  Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business.  Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Jamie Palazzolo
December 12, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Jamie Palazzolo
December 12, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Jamie Palazzolo

Dated: 12/21/12



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 30, 2012

**<u>VIA EMAIL</u>**

Ms. Belinda Park
REDACTED

Re:   Claims Against RMJM

Dear Belinda:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

Ms. Belinda Park
November 30, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Ms. Belinda Park
November 30, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Belinda Park

Dated: 1/10/13



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 29, 2012

**VIA EMAIL**

Mr. Sean Roche
REDACTED

      Re:    Claims Against RMJM

Dear Sean:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Sean Roche
November 29, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Sean Roche
November 29, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Sean Roche

Dated: 29/11/12



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 28, 2012

**VIA EMAIL**

Mr. Sal Tomasiello
REDACTED

      Re:    <u>Claims Against RMJM</u>

Dear Sal:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Sal Tomasiello
November 28, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Sal Tomasiello
November 28, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Sal Tomasiello

Dated: 9 DEC 2012



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

December 7, 2012

<u>**VIA EMAIL**</u>

Mr. Brian Wong
REDACTED

      Re:   <u>Claims Against RMJM</u>

Dear Brian:

We are pleased to have the opportunity to represent you in connection with your potential individual and class claims against RMJM (the "Company"). This letter sets forth the terms of our firm's engagement.

As explained to you, our fee for professional services rendered will be calculated based upon a contingency fee equal to thirty three and one third percent (33.33%) of the gross amount of any recovery obtained on your behalf. There is a possibility that you will recover nothing, in which case we will receive no attorneys' fee from you.

As a courtesy, we have agreed to pay all out-of-pocket expenses up front. However, we will be reimbursed for all out-of-pocket expenses from any recovery obtained on your behalf. In the event that we do not obtain any recovery on your behalf, you will not be liable for any out-of-pocket expenses. Out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business. Client approval will be necessary for any expenses in excess of two hundred dollars.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Brian Wong
December 7, 2012
Page 2

REDACTED

**Thompson Wigdor LLP** ATTORNEYS & COUNSELORS AT LAW

Mr. Brian Wong
December 7, 2012
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

Brian Wong

Dated: 12/26/2012