# Exhibit N



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

Ms. Dana Byrne
240 East Palisade Avenue
Englewood, NJ 07361

Date:  9/30/2013

Matter:     RMJM Class Action
Invoice No:  130903

**For Professional Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 1/26/2012 | DEG | Telephone conference with potential new client re REDACTED ; email to K. Thompson and D. Wigdor re REDACTED | 1.00 | $500.00 | $500.00 |
| 1/27/2012 | DEG | Intake with potential new client and preparation for same. | 3.50 | $500.00 | $1,750.00 |
| 1/27/2012 | MJW | Legal research re  REDACTED | 2.10 | $350.00 | $735.00 |
| 1/29/2012 | DEG | Email K. Thompson and D. Wigdor re REDACTED | 0.50 | $500.00 | $250.00 |
| 1/30/2012 | DEG | Telephone conference with client re REDACTED | 1.00 | $500.00 | $500.00 |
| 2/20/2012 | DEG | Emails with D. Byrne. | 0.30 | $500.00 | $150.00 |
| 11/05/2012 | DEG | Draft complaint; legal research re REDACTED review documents re redacted; emails with client re redacted; telephone conference with redacted | 4.50 | $500.00 | $2,250.00 |
| 11/05/2012 | DHW | Strategize re redacted | 0.60 | $750.00 | $450.00 |
| 11/05/2012 | MJW | Telephone conference with D. Gottlieb and | 0.20 | $350.00 | $70.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

redacted

| | | | | | |
|---|---|---|---|---|---|
| 11/05/2012 | TC | Purchase company status reports online. | 0.20 | $175.00 | $35.00 |
| 11/06/2012 | DEG | Draft D. Byrne complaint; legal research redacted ; review documents re redacted | 6.50 | $500.00 | $3,250.00 |
| 11/07/2012 | DEG | Review and revise complaint; legal research re redacted ; review documents re redacted | 6.50 | $500.00 | $3,250.00 |
| 11/08/2012 | DEG | Review, revise and edit complaint; telephone conference with D. Byrne re redacted ; legal research re redacted; office conference with D. Wigdor re redacted . | 5.50 | $500.00 | $2,750.00 |
| 11/08/2012 | MJW | Review, edit and revise complaint; office conference with D. Gottlieb re redacted; office conference with X. Chiu re redacted; email correspondence with D. Gottlieb re redacted ; review redacted | 1.60 | $350.00 | $560.00 |
| 11/08/2012 | XC | Proofread and edit complaint. | 2.00 | $175.00 | $350.00 |
| 11/08/2012 | XC | Research for D. Gottlieb. | 0.50 | $175.00 | $87.50 |
| 11/09/2012 | DEG | Telephone conference with D. Byrne re redacted ; office conference with M. Willemin re redacted ; finalize redacted | 5.50 | $500.00 | $2,750.00 |
| 11/09/2012 | MJW | Review and revise class action complaint; office conference with D. Gottlieb re redacted | 2.10 | $350.00 | $735.00 |
| 11/09/2012 | XC | Prepare documents for filing complaint; file complaint at court; e-file consent. | 3.00 | $175.00 | $525.00 |
| 11/10/2012 | DEG | Telephone conferences with D. Byrne redacted ; emails with D. Byrne re redacted ; legal research re redacted | 4.50 | $500.00 | $2,250.00 |

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/2012 | DEG | Telephone conferences with D. Byrne re redacted; review emailed documents from D. Byrne; legal research re redacted and draft memorandum re redacted | 3.50 | $500.00 | $1,750.00 |
| 11/12/2012 | DEG | Telephone conference with redacted re redacted; emails re redacted; office conference with D. Wigdor re redacted; emails with D. Byrne. | 2.00 | $500.00 | $1,000.00 |
| 11/12/2012 | XC | Email correspondence with redacted re serving summons and complaint to defendants. | 0.20 | $175.00 | $35.00 |
| 11/13/2012 | DEG | Office conference with D. Byrne; telephone conference with redacted; telephone conference with intern architects; legal research re redacted; office conference with D. Wigdor re redacted | 6.00 | $500.00 | $3,000.00 |
| 11/13/2012 | DHW | Telephone conference with redacted meet with client. | 0.80 | $750.00 | $600.00 |
| 11/13/2012 | MJW | Legal research re service of defendants; office conference with D. Gottlieb re redacted; telephone conference with process server re redacted; email correspondence with process server and D. Gottlieb re redacted | 1.80 | $350.00 | $630.00 |
| 11/14/2012 | DEG | Telephone conferences with redacted | 3.50 | $500.00 | $1,750.00 |
| 11/14/2012 | MJW | Draft letter enclosing complaint to be provided to the IRS; email correspondence with X. Chiu and D. Gottlieb re redacted; legal research re redacted | 0.90 | $350.00 | $315.00 |
| 11/14/2012 | XC | Telephone conference with IRS re providing a copy of complaint to them; sort and organize client documents. | 3.00 | $175.00 | $525.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:   4

| 11/15/2012 | DEG | Create spreadsheet of contacts; emails with D. Byrne re redacted | 0.50 | $500.00 | $250.00 |
|---|---|---|---|---|---|
| 11/15/2012 | XC | Hand deliver a copy of complaint to the IRS; telephone conference with court re case opening. | 1.70 | $175.00 | $297.50 |
| 11/16/2012 | DEG | Telephone conference with D. Byrne; telephone conference with G. LaCava. | 1.00 | $500.00 | $500.00 |
| 11/19/2012 | DEG | Emails with D. Byrne and telephone conference with numerous other individuals. | 1.80 | $500.00 | $900.00 |
| 11/19/2012 | XC | File consent form to become party plaintiff. | 0.30 | $175.00 | $52.50 |
| 11/20/2012 | DEG | Office conference with G. LaCava and redacted ; telephone conference with redacted ; review documents re redacted | 3.50 | $500.00 | $1,750.00 |
| 11/20/2012 | DHW | Office conference with clients. | 1.00 | $750.00 | $750.00 |
| 11/21/2012 | DEG | Telephone conference with redacted | 1.00 | $500.00 | $500.00 |
| 11/21/2012 | XC | Prepare mail to court affidavit of service and summons. | 0.30 | $175.00 | $52.50 |
| 11/25/2012 | DEG | Review numerous emails and email interns re redacted | 0.30 | $500.00 | $150.00 |
| 11/26/2012 | DEG | Telephone conference with redacted re redacted | 2.00 | $500.00 | $1,000.00 |
| 11/27/2012 | AG | Research re redacted ; telephone conference with NJ DOL re same; email to D. Gottlieb re redacted ; office conference with N. Lantsberg re redacted | 2.10 | $300.00 | $630.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:     5

| 11/27/2012 | DEG | Telephone conference with redacted ; review documents; emails re redacted ; review legal research re redacted | 4.00 | $500.00 | $2,000.00 |
|---|---|---|---|---|---|
| 11/27/2012 | NDL | Legal research re redacted ; telephone conference with NJ DOL re redacted ; office conference with A. Gross re redacted . | 1.40 | $350.00 | $490.00 |
| 11/27/2012 | XC | Finalize and email redacted to potential clients; sort and organize client documents. | 3.50 | $175.00 | $612.50 |
| 11/28/2012 | DEG | Telephone conferences with redacted | 3.50 | $500.00 | $1,750.00 |
| 11/28/2012 | XC | Sort and organize client documents; finalize and email redacted to potential clients. | 2.50 | $175.00 | $437.50 |
| 11/29/2012 | DEG | Telephone conferences with redacted ; telephone conference with opposing counsel. | 4.50 | $500.00 | $2,250.00 |
| 11/29/2012 | XC | Finalize and email redacted to potential clients. | 1.00 | $175.00 | $175.00 |
| 11/30/2012 | DEG | Review stipulation; telephone conference with opposing counsel re service and entities; telephone conferences with witnesses and potential clients. | 2.50 | $500.00 | $1,250.00 |
| 11/30/2012 | XC | Finalize and email redacted to potential clients. | 0.70 | $175.00 | $122.50 |
| 12/03/2012 | DEG | Review file re additional plaintiffs; telephone conference with opposing counsel re extension; emails with A. Gross redacted | 2.00 | $500.00 | $1,000.00 |

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2012 | XC | Finalize and email redacted  to potential clients. | 0.20 | $175.00 | $35.00 |
| 12/05/2012 | AG | Research re redacted ; draft memo re redacted  emails to D. Gottlieb re redacted review recently filed ERISA complaints. | 6.40 | $300.00 | $1,920.00 |
| 12/05/2012 | DEG | Legal research re redacted ; telephone conference with redacted  re redacted . | 1.20 | $500.00 | $600.00 |
| 12/05/2012 | XC | Finalize and email retainers to potential clients. | 0.30 | $175.00 | $52.50 |
| 12/06/2012 | AG | Office conference with D. Gottlieb and D. Wigdor redacted ; telephone conference with D. Wigdor, D. Gottlieb and redacted re redacted research re redacted . | 1.70 | $300.00 | $510.00 |
| 12/06/2012 | DEG | Telephone conference with clients redacted ; legal research redacted ; office conference with D. Wigdor re redacted; office conference with A. Gross re redacted . | 1.20 | $500.00 | $600.00 |
| 12/06/2012 | DHW | Telephone conference with redacted ; office conference with D. Gottlieb. | 1.00 | $750.00 | $750.00 |
| 12/07/2012 | AG | Emails with D. Gottlieb re redacted ; research re redacted . | 0.50 | $300.00 | $150.00 |
| 12/07/2012 | DEG | Telephone conference with redacted redacted ; draft amended complaint; draft document request letter to clients; emails re redacted . | 2.50 | $500.00 | $1,250.00 |
| 12/07/2012 | XC | Finalize and email redacted  to potential clients. | 0.30 | $175.00 | $52.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 12/08/2012 | AG | Emails with D. Gottlieb re redacted redacted ; edit memorandum. | 0.40 | $300.00 | $120.00 |
| 12/08/2012 | DEG | Draft amended complaint; legal research re redacted; office conference with M. Willemin re redacted | 2.50 | $500.00 | $1,250.00 |
| 12/09/2012 | AG | Research re redacted ; draft memorandum re redacted . | 2.10 | $300.00 | $630.00 |
| 12/09/2012 | DEG | Review memorandum re redacted ; legal research re redacted . | 1.00 | $500.00 | $500.00 |
| 12/10/2012 | AG | Research re redacted ; office conference with D. Gottlieb re redacted ; draft memorandum re redacted. | 9.10 | $300.00 | $2,730.00 |
| 12/10/2012 | DEG | Telephone conference with clients re redacted ; emails re redacted, correspondence re redacted ; edit complaint for amended complaint; update client info spreadsheet; office conference with A. Gross re redacted . | 4.50 | $500.00 | $2,250.00 |
| 12/10/2012 | XC | Finalize and email redacted to potential clients; finalize and email redacted letters; draft consent forms. | 1.50 | $175.00 | $262.50 |
| 12/11/2012 | AG | Telephone conference with redacted expert from redacted ; research re redacted ; draft memorandum re redacted; emails to D. Gottlieb re redacted. | 5.00 | $300.00 | $1,500.00 |
| 12/11/2012 | DEG | Edit amended complaint; review file; review ERISA memorandum from A. Gross. | 0.80 | $500.00 | $400.00 |
| 12/11/2012 | TC | Finalize and send letter to R. Klein re redacted | 0.20 | $175.00 | $35.00 |
| 12/11/2012 | XC | Finalize and email redacted ; draft consent forms; organize client documents. | 1.00 | $175.00 | $175.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:     8

| | | | | | |
|---|---|---|---|---|---|
| 12/12/2012 | AG | Research re redacted issues; edit memorandum re redacted; research re redacted . | 1.70 | $300.00 | $510.00 |
| 12/12/2012 | DEG | Telephone conference with redacted redacted; revise amended complaint; review memo re redacted; office conference with A. Gross re redacted; emails with clients. | 3.00 | $500.00 | $1,500.00 |
| 12/12/2012 | XC | Email correspondence with client re redacted . | 0.50 | $175.00 | $87.50 |
| 12/14/2012 | DEG | Communications with various individuals re redacted . | 0.40 | $500.00 | $200.00 |
| 12/14/2012 | XC | Finalize and send redacted ; organize client documents. | 0.60 | $175.00 | $105.00 |
| 12/16/2012 | DEG | Legal research re redacted . | 1.50 | $500.00 | $750.00 |
| 12/17/2012 | DEG | Emails with D. Byrne and opposing counsel. | 0.30 | $500.00 | $150.00 |
| 12/17/2012 | XC | Organize client documents. | 0.30 | $175.00 | $52.50 |
| 12/18/2012 | DEG | Telephone conference with D. Byrne; telephone conference with G. LaCava; office conference with M. Willemin; review client documents; updates spreadsheets. | 1.50 | $500.00 | $750.00 |
| 12/18/2012 | MJW | Office conference with D. Gottlieb re redacted; draft email to retained individuals re redacted . | 0.30 | $350.00 | $105.00 |
| 12/18/2012 | XC | Review client documents. | 5.00 | $175.00 | $875.00 |
| 12/19/2012 | DEG | Office conference with M. Willemin re redacted ; emails to clients re redacted. | 1.00 | $500.00 | $500.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:     9

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2012 | MJW | Review documents provided by clients; review employee handbook and other company policies; email correspondence with nine clients; office conference with D. Gottlieb re redacted; attempt to call redacted re redacted office conference with D. Gottlieb re redacted. | 2.20 | $350.00 | $770.00 |
| 12/19/2012 | XC | Review client documents. | 6.00 | $175.00 | $1,050.00 |
| 12/20/2012 | MJW | Review client correspondence and update employee information chart; telephone conference with redacted; office conference with D. Gottlieb re redacted; legal research re redacted. | 1.60 | $350.00 | $560.00 |
| 12/20/2012 | THR | Research re redacted; draft memo re redacted; draft redacted; office conference with D. Gottlieb re redacted. | 6.00 | $350.00 | $2,100.00 |
| 12/20/2012 | XC | Review client documents. | 2.50 | $175.00 | $437.50 |
| 12/21/2012 | DEG | Office conference with M. Willemin re redacted; legal research re redacted; review and revise amended complaint. | 8.00 | $500.00 | $4,000.00 |
| 12/21/2012 | MJW | Legal research re redacted; office conference with D. Gottlieb re redacted email correspondence with J. Palazzolo re redacted; telephone conferences with S. Tomasiello, J. Conroy and P. Cresti re redacted; left voice mails for A. Illegan, S. Mylenski and K. McCausland re redacted. | 1.70 | $350.00 | $595.00 |
| 12/21/2012 | THR | Research re redacted; draft redacted. | 2.00 | $350.00 | $700.00 |
| 12/21/2012 | XC | Finalize document request letter; mail redacted | 1.20 | $175.00 | $210.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

redacted   ; update working materials.

| | | | | | |
|---|---|---|---|---|---|
| 12/22/2012 | DEG | Draft pre-motion conference letter re conditional certification; emails with clients re  redacted  . | 2.50 | $500.00 | $1,250.00 |
| 12/22/2012 | MJW | Email correspondence with D. Gottlieb re  redacted | 0.10 | $350.00 | $35.00 |
| 12/26/2012 | LBR | Send  redacted  and  redacted  to B. Wong. | 2.50 | $175.00 | $437.50 |
| 12/26/2012 | MJW | Email correspondence and telephone conference with D. Gottlieb re  redacted  and  redacted  and redacted . | 0.50 | $350.00 | $175.00 |
| 12/26/2012 | TC | Review and edit first amended complaint. | 2.00 | $175.00 | $350.00 |
| 12/27/2012 | MJW | Draft, edit and revise amended complaint; telephone conference with B. Wong and  redacted  re redacted; telephone conference with D. Gottlieb re redacted; email correspondence with D. Gottlieb re redacted; telephone conference with G. LaCava re  redacted  . | 9.80 | $350.00 | $3,430.00 |
| 12/27/2012 | TC | Research on recent new articles. | 0.40 | $175.00 | $70.00 |
| 12/28/2012 | DHW | Review complaint. | 2.00 | $750.00 | $1,500.00 |
| 12/28/2012 | MJW | Telephone conference with K. McCausland; email correspondence with same; email correspondence with P. Cresti re  redacted  ; draft, edit and revise amended complaint; email and telephone correspondence with D. Gottlieb re  redacted; email redacted to all clients. | 6.00 | $350.00 | $2,100.00 |
| 12/28/2012 | TC | Update client information chart. | 0.50 | $175.00 | $87.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 12/29/2012 | MJW | Email correspondence with J. Conroy and D. Gottlieb re _redacted_ . | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|
| 12/30/2012 | MJW | Email correspondence with G. LaCava; P. Cresti and S. Mylenski re _redacted_ ; telephone conference with P. Cresti re same. | 0.60 | $350.00 | $210.00 |
| 12/31/2012 | TC | Updated client document binder. | 0.20 | $175.00 | $35.00 |
| 1/02/2013 | AG | Office conferences with D. Gottlieb re _redacted_ ; research re _redacted_ draft memoranda re _redacted_ . | 7.30 | $300.00 | $2,190.00 |
| 1/02/2013 | DEG | Revise amended complaint; emails to clients re _redacted_ ; review documents re _redacted_ ; legal research re _redacted_ ; office conference with A. Gross re _redacted_ . | 6.00 | $500.00 | $3,000.00 |
| 1/02/2013 | LBR | Telephone conference with court re filing an amended complaint and summonses; review documents and prepare for same. | 0.80 | $175.00 | $140.00 |
| 1/02/2013 | MJW | Email correspondence with D. Gottlieb re _redacted_ email correspondence with X. Chiu re _redacted_ . | 0.20 | $350.00 | $70.00 |
| 1/02/2013 | XC | Draft consent forms for parties included in the amended complaint. | 1.50 | $175.00 | $262.50 |
| 1/03/2013 | AG | Draft memorandum re _redacted_ ; research re _redacted_ . | 6.30 | $300.00 | $1,890.00 |
| 1/03/2013 | DEG | Review and revise amended complaint; emails with clients re _redacted_ ; legal research re _redacted_ ; office conference with A. Gross re _redacted_ . | 5.00 | $500.00 | $2,500.00 |
| 1/03/2013 | MJW | Email correspondence with P. Cresti and D. Gottlieb re _redacted_ ; review pre motion conference letter re _redacted_ . | 0.40 | $350.00 | $140.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:    12

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/03/2013 | XC | Update client document materials for D. Gottlieb and M. Willemin; finalize consent forms; research court rules; proofread and edit first amended complaint. | 4.00 | $175.00 | $700.00 |
| 1/04/2013 | AG | Draft memorandum re _redacted_ . | 2.40 | $300.00 | $720.00 |
| 1/04/2013 | DEG | Finalize amended complaint and letter application for conditional certification. | 1.30 | $500.00 | $650.00 |
| 1/04/2013 | XC | Finalize and file amended complaint; finalize summons; electronically file consent forms; proofread, finalize and fax letter to judge re pre-motion conference; email correspondence with clients re _redacted_ . | 4.00 | $175.00 | $700.00 |
| 1/07/2013 | DEG | Telephone conference with C. Pierce re amended complaint; emails re _redacted_ ; office conference with M. Willemin re _redacted_ . | 1.30 | $500.00 | $650.00 |
| 1/07/2013 | MJW | Telephone conference with _redacted_ ; office conference with D. Gottlieb re _redacted_ . | 1.00 | $350.00 | $350.00 |
| 1/07/2013 | XC | Finalize and send _redacted_ to potential clients. | 0.50 | $175.00 | $87.50 |
| 1/08/2013 | DEG | Office conference with M. Willemin re _redacted_ ; emails and telephone conference with clients re _redacted_ ; review correspondence to court re _redacted_ ; emails with _redacted_ re _redacted_ . | 3.50 | $500.00 | $1,750.00 |
| 1/08/2013 | XC | Draft letter to IRS re amended complaint. | 0.50 | $175.00 | $87.50 |
| 1/09/2013 | DEG | Perform damages analysis; legal research re | 1.50 | $500.00 | $750.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

redacted ; office conference with D. Wigdor re redacted .

| 1/09/2013 | XC | Deliver copy of amended complaint to IRS; research for D. Gottlieb. | 1.00 | $175.00 | $175.00 |
|---|---|---|---|---|---|
| 1/10/2013 | DEG | Draft damages analysis; legal research re redacted ; telephone conference with D. Byrne; office conference with M. Willemin re redacted . | 3.00 | $500.00 | $1,500.00 |
| 1/10/2013 | MJW | Office conference with D. Gottlieb re redacted . | 0.20 | $350.00 | $70.00 |
| 1/10/2013 | XC | Update working materials for D. Gottlieb. | 1.00 | $175.00 | $175.00 |
| 1/11/2013 | DEG | Communications with clients re redacted ; office conference with M. Willemin re redacted ; draft damages analysis. | 4.50 | $500.00 | $2,250.00 |
| 1/11/2013 | MJW | Email correspondence with B. Park re redacted ; office conference with D. Gottlieb re redacted . | 0.20 | $350.00 | $70.00 |
| 1/11/2013 | XC | Draft document preservation and request letters. | 0.50 | $175.00 | $87.50 |
| 1/14/2013 | DEG | Continue revision damages analysis; office conference with D. Wigdor re redacted ; office conference with M. Willemin re redacted . | 2.00 | $500.00 | $1,000.00 |
| 1/14/2013 | MJW | Office conference with D. Gottlieb re redacted ; office conference with D. Gottlieb re redacted . | 0.20 | $350.00 | $70.00 |
| 1/14/2013 | XC | File consent form of A. Illagan; update client documents; finalize cover letter and complaint to serve on IRS. | 1.50 | $175.00 | $262.50 |
| 1/15/2013 | AG | Review redacted and accompanying documents; review redacted | 1.60 | $300.00 | $480.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

client documents; email to ^redacted^ re
^redacted^

| 1/15/2013 | DEG | Complete damages analysis and email to opposing counsel; ^redacted^ . | 1.50 | $500.00 | $750.00 |
|---|---|---|---|---|---|
| 1/16/2013 | AG | Review ^redacted^ ; telephone conference with ^redacted^ re ^redacted^ ^redacted^ . | 1.10 | $300.00 | $330.00 |
| 1/16/2013 | DEG | Emails to clients re ^redacted^ ; office conference with D. Wigdor re ^redacted^ ; review and revise damages analysis; office conference with M. Willemin re ^redacted^ . | 4.50 | $500.00 | $2,250.00 |
| 1/16/2013 | XC | Assist D. Gottlieb in drafting emails re ^redacted^ . | 0.80 | $175.00 | $140.00 |
| 1/17/2013 | DEG | Emails with clients re ^redacted^ ; revisions to same; office conference with M. Willemin re ^redacted^ ; emails to D. Wigdor re ^redacted^ . | 1.20 | $500.00 | $600.00 |
| 1/17/2013 | MJW | Email correspondence with J. Conroy re ^redacted^ ; office conference with D. Gottlieb re ^redacted^ ; email correspondence and telephone conference with R. Klein re ^redacted^ ; office conference with D. Gottlieb re ^redacted^ . | 0.60 | $350.00 | $210.00 |
| 1/17/2013 | XC | Prepare and finalize retainers for potential clients; update client documents. | 1.00 | $175.00 | $175.00 |
| 1/18/2013 | AG | Review ^redacted^ and related documents ^redacted^ ; office conference with D. Gottlieb re ^redacted^ . | 1.30 | $300.00 | $390.00 |
| 1/18/2013 | DEG | Telephone conference with D. Byrne re ^redacted^ ; office conference with ^redacted^ re ^redacted^ ; revise settlement demand | 2.30 | $500.00 | $1,150.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | figures; emails with C. Pierce re call; office conference with D. Wigdor re redacted . |  |  |  |
| 1/18/2013 | MJW | Email correspondence with J. Conroy re redacted ; office conference with D. Gottlieb re redacted ; update damages analysis re redacted ; telephone conference with V. Kvint re redacted ; office conference with D. Gottlieb re redacted . | 0.80 | $350.00 | $280.00 |
| 1/21/2013 | MJW | Office conference with D. Gottlieb re redacted ; email correspondence with V. Kvint re redacted . | 0.20 | $350.00 | $70.00 |
| 1/22/2013 | DEG | Telephone conference with C. Pierce re settlement; finalize damages chart; email to opposing counsel re same. | 1.00 | $500.00 | $500.00 |
| 1/22/2013 | MJW | Update and finalize damages analysis; office conference with D. Gottlieb re redacted ; email correspondence with V. Kvint. | 0.60 | $350.00 | $210.00 |
| 1/22/2013 | XC | Draft and mail redacted ; draft and file consent form. | 1.00 | $175.00 | $175.00 |
| 1/23/2013 | DEG | Review and revise damages analysis; office conference with M. Willemin re redacted . | 0.50 | $500.00 | $250.00 |
| 1/23/2013 | MJW | Email correspondence with V. Kvint; office conference with D. Gottlieb re redacted ; update damages analysis chart. | 0.40 | $350.00 | $140.00 |
| 1/23/2013 | XC | Update client documents. | 0.50 | $175.00 | $87.50 |
| 1/24/2013 | MJW | Email correspondence with V. Kvint; review SDNY local rules. | 0.20 | $350.00 | $70.00 |
| 1/28/2013 | DEG | Emails with new opposing counsel; office conference with M. Willemin re redacted . | 0.30 | $500.00 | $150.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 1/29/2013 | DEG | Telephone conference with J. Ho re various issues; office conference with M. Willemin re redacted; draft letter to the court. | 1.00 | $500.00 | $500.00 |
|---|---|---|---|---|---|
| 1/31/2013 | DEG | Emails with opposing counsel re deadlines and timing. | 0.30 | $500.00 | $150.00 |
| 2/01/2013 | DEG | Draft amended complaint. | 0.50 | $500.00 | $250.00 |
| 2/04/2013 | AG | Research re redacted; emails to D. Gottlieb re redacted. | 0.50 | $300.00 | $150.00 |
| 2/04/2013 | DEG | Review and revise letter to the court re extension and amendments; telephone conference with redacted re redacted emails re redacted; prepare amended complaint; telephone conference with other clients; emails re redacted. | 4.50 | $500.00 | $2,250.00 |
| 2/04/2013 | MJW | Office conference with D. Gottlieb re redacted; office conference with D. Gottlieb re redacted. | 0.20 | $350.00 | $70.00 |
| 2/04/2013 | XC | Research for D. Gottlieb. | 0.20 | $175.00 | $35.00 |
| 2/05/2013 | DEG | Review client emails; telephone conferences with M. Willemin re redacted; review and revise complaint. | 2.50 | $500.00 | $1,250.00 |
| 2/05/2013 | MJW | Email correspondence with D. Gottlieb re redacted; telephone conferences with redacted and redacted re redacted; left voice mail for redacted; telephone conference with redacted; telephone conference with D. Hawkins; email correspondence with redacted re redacted. | 2.70 | $350.00 | $945.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 2/05/2013 | XC | Draft and finalize document request letters; finalize and send redacted to potential clients; update client documents. | 1.50 | $175.00 | $262.50 |
|---|---|---|---|---|---|
| 2/06/2013 | AG | Office conference with D. Gottlieb and M. Willemin re redacted ; review redacted ; add claims re breach of contract re same. | 1.70 | $300.00 | $510.00 |
| 2/06/2013 | DEG | Draft second amended complaint; telephone conference with clients; office conferences with A. Gross and M. Willemin re redacted ; office conference with D. Wigdor re redacted ; emails with clients. | 6.00 | $500.00 | $3,000.00 |
| 2/06/2013 | MJW | Office conferences with D. Gottlieb and A. Gross re redacted ; telephone conference with redacted re redacted ; telephone conference with redacted re redacted ; email correspondence with both re redacted; office conference with D. Gottlieb re redacted . | 1.50 | $350.00 | $525.00 |
| 2/06/2013 | XC | Finalize and send redacted to redacted ; review and edit second amended complaint. | 3.00 | $175.00 | $525.00 |
| 2/07/2013 | DEG | Review and revise second amended complaint; emails with clients re redacted; office conference with X. Chiu re redacted . | 5.00 | $500.00 | $2,500.00 |
| 2/07/2013 | XC | Update client documents; review and edit second amended complaint. | 6.30 | $175.00 | $1,102.50 |
| 2/08/2013 | DEG | Finalize complaint for filing; redacted from clients re redacted . | 0.50 | $500.00 | $250.00 |
| 2/08/2013 | XC | Draft consent forms; e-file consent forms; email correspondence with clients re . redacted ; edit and finalize second amended | 3.50 | $175.00 | $612.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:    18

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | complaint; file complaint with court; email copies of complaint to opposing counsel and redacted . |  |  |  |
| 2/12/2013 | XC | Email correspondence with clients. | 0.20 | $175.00 | $35.00 |
| 2/14/2013 | DEG | Telephone conference with redacted . | 0.30 | $500.00 | $150.00 |
| 2/19/2013 | DEG | Telephone conference with redacted re redacted. | 0.40 | $500.00 | $200.00 |
| 2/25/2013 | MJW | Email correspondence with G. LaCava re redacted . | 0.10 | $350.00 | $35.00 |
| 2/27/2013 | DEG | Emails with opposing counsel re potential settlement. | 0.20 | $500.00 | $100.00 |
| 2/28/2013 | DEG | Emails re potential settlement conference; office conference with D. Wigdor re redacted. | 0.30 | $500.00 | $150.00 |
| 3/04/2013 | DEG | Emails with opposing counsel re meeting; office conference with D. Wigdor re redacted . | 0.20 | $500.00 | $100.00 |
| 3/05/2013 | DEG | Emails re redacted ; telephone conference with D. Byrne re redacted; emails with D. Wigdor re redacted; review and revise damages chart. | 2.00 | $500.00 | $1,000.00 |
| 3/06/2013 | DEG | Revise damages analysis; office conference with D. Wigdor re redacted ; prepare for settlement meeting. | 2.00 | $500.00 | $1,000.00 |
| 3/06/2013 | DHW | Office conference re status of case. | 0.60 | $750.00 | $450.00 |
| 3/06/2013 | XC | Prepare materials for D. Wigdor's settlement meeting. | 0.60 | $175.00 | $105.00 |
| 3/07/2013 | DEG | Office conference with interns re redacted ; prepare for meeting; office conference with J. Ho re settlement; emails | 3.50 | $500.00 | $1,750.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:    19

with J. Ho re same.

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 3/07/2013 | DHW | Meeting with defense counsel; prepare for same. | 1.80 | $750.00 | $1,350.00 |
| 3/11/2013 | DEG | Emails with opposing counsel re conference; review letter to court. | 0.50 | $500.00 | $250.00 |
| 3/18/2013 | XC | Update D. Gottlieb's working materials. | 0.30 | $175.00 | $52.50 |
| 3/19/2013 | TC | Prepare and return client documents. | 0.40 | $175.00 | $70.00 |
| 3/21/2013 | DEG | Emails with J. Ho re settlement. | 0.20 | $500.00 | $100.00 |
| 3/22/2013 | DEG | Telephone conference with D. Byrne re redacted . | 0.40 | $500.00 | $200.00 |
| 3/28/2013 | DEG | Email J. Ho re settlement status. | 0.50 | $500.00 | $250.00 |
| 3/29/2013 | MJW | Review V. Kvint document. | 0.20 | $350.00 | $70.00 |
| 4/02/2013 | DEG | Emails with clients re redacted . | 0.50 | $500.00 | $250.00 |
| 4/08/2013 | DEG | Email with opposing counsel; draft pre conference letter; draft scheduling order. | 1.80 | $500.00 | $900.00 |
| 4/08/2013 | XC | Review and finalize joint letter to Judge; prepare working materials for C. Lepore; update D. Gottlieb's working materials. | 1.30 | $175.00 | $227.50 |
| 4/09/2013 | DEG | Prepare for conference; telephone conference with opposing counsel; review and revise submission to the court. | 3.00 | $500.00 | $1,500.00 |
| 4/09/2013 | TC | Prepare and send letter to court. | 0.20 | $175.00 | $35.00 |
| 4/09/2013 | XC | Research redacted re redacted for D. Gottlieb. | 1.00 | $175.00 | $175.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/10/2013 | DEG | Prepare for and attend 16(b) conference; email D. Wigdor re <sub>redacted</sub> ; office conference with M. Willemin re <sub>redacted</sub> ; numerous emails with clients re <sub>redacted</sub> | 4.00 | $500.00 | $2,000.00 |
| 4/10/2013 | MJW | Office conference with D. Gottlieb re <sub>redacted</sub> | 0.10 | $350.00 | $35.00 |
| 4/11/2013 | DEG | Telephone conference with J. Ho re settlement offer; emails to clients re <sub>redacted</sub> ; emails to D. Wigdor re <sub>redacted</sub> ; office conference with M. Willemin re <sub>redacted</sub> ; responses to numerous client emails. | 1.20 | $500.00 | $600.00 |
| 4/11/2013 | MJW | Email correspondence with D. Gottlieb and various plaintiffs re <sub>redacted</sub> | 0.20 | $350.00 | $70.00 |
| 4/15/2013 | DEG | Office conference with D. Wigdor re <sub>redacted</sub> ; emails with clients re <sub>redacted</sub> | 0.50 | $500.00 | $250.00 |
| 4/16/2013 | DEG | Telephone conference with D. Byrne re <sub>redacted</sub> ; review and revise settlement analysis breakdown; revise calculations for settlement allocation and distribution. | 2.00 | $500.00 | $1,000.00 |
| 4/23/2013 | DEG | Emails with D. Byrne re <sub>redacted</sub> ; prepare settlement proposal email; emails with X. Chiu re <sub>redacted</sub> ; review and revise demand and allocation; emails with numerous clients re <sub>redacted</sub> | 2.50 | $500.00 | $1,250.00 |
| 4/23/2013 | XC | Review client emails for D. Gottlieb. | 0.20 | $175.00 | $35.00 |
| 4/24/2013 | XC | Organize demand and settlement information for D. Gottlieb. | 0.50 | $175.00 | $87.50 |
| 4/29/2013 | DEG | Emails with clients re <sub>redacted</sub> | 0.80 | $500.00 | $400.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 4/30/2013 | DEG | Emails with clients re redacted ; office conference with M. Willemin re redacted | 0.30 | $500.00 | $150.00 |
| 4/30/2013 | MJW | Telephone conference with redacted re redacted and redacted | 0.30 | $350.00 | $105.00 |
| 5/01/2013 | DEG | Telephone conference with clients re redacted ; emails re redacted ; review and revise email to J. Ho re settlement; review and revise letter to court re conditional certification motion. | 2.00 | $500.00 | $1,000.00 |
| 5/01/2013 | MJW | Telephone conference with D. Gottlieb and R. Klein; telephone conference with D. Gottlieb and B. Wong; telephone conference with D. Gottlieb and V. Kvint; draft email re redacted ; draft letter to court re conditional certification motion. | 1.00 | $350.00 | $350.00 |
| 5/01/2013 | XC | Finalize letter re conditional certification and fax to judge. | 0.20 | $175.00 | $35.00 |
| 5/02/2013 | DEG | Email re settlement demand. | 0.30 | $500.00 | $150.00 |
| 5/06/2013 | MJW | Draft document requests. | 4.00 | $350.00 | $1,400.00 |
| 5/07/2013 | MJW | Draft, edit and revise document requests. | 1.00 | $350.00 | $350.00 |
| 5/08/2013 | DEG | Office conference with M. Willemin re redacted ; review and revise same. | 2.00 | $500.00 | $1,000.00 |
| 5/09/2013 | MJW | Draft, edit and revise interrogatories, document requests and initial disclosures. | 3.40 | $350.00 | $1,190.00 |
| 5/10/2013 | DEG | Review and revise document requests, interrogatories and initial disclosures. | 1.50 | $500.00 | $750.00 |
| 5/10/2013 | MJW | Edit and revise document requests. | 1.30 | $350.00 | $455.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/10/2013 | TC | Prepare and send discovery requests. | 0.50 | $175.00 | $87.50 |
| 5/13/2013 | DEG | Review discovery requests and initial disclosures from RMJM. | 0.40 | $500.00 | $200.00 |
| 5/14/2013 | DEG | Emails to clients re redacted ; draft correspondence to opposing counsel re initial disclosures; prepare ESI protocol proposal. | 1.50 | $500.00 | $750.00 |
| 5/14/2013 | MJW | Analyze client documents re redacted | 0.20 | $350.00 | $70.00 |
| 5/14/2013 | MJW | Email correspondence with D. Gottlieb re redacted | 0.10 | $350.00 | $35.00 |
| 5/15/2013 | DEG | Draft ESI protocol; review email re settlement offer and email clients re redacted ; email with D. Wigdor re redacted | 2.00 | $500.00 | $1,000.00 |
| 5/15/2013 | MJW | Office conference with D. Gottlieb re redacted | 0.20 | $350.00 | $70.00 |
| 5/16/2013 | DEG | Draft letter to court re conditional certification. | 0.30 | $500.00 | $150.00 |
| 5/16/2013 | DEG | Emails with clients re redacted | 0.50 | $500.00 | $250.00 |
| 5/23/2013 | DEG | Follow up with opposing counsel re e-discovery protocol; emails with client re redacted ; review document requests and interrogatories re same; email to opposing counsel re settlement demand. | 2.00 | $500.00 | $1,000.00 |
| 5/28/2013 | XC | Research for D. Gottlieb. | 0.40 | $175.00 | $70.00 |
| 5/29/2013 | DEG | Office conference with C. Lepore re redacted ; email to J. Ho re ESI protocol. | 0.30 | $500.00 | $150.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 5/30/2013 | CRL | Draft third party subpoenas. | 1.90 | $300.00 | $570.00 |
| 5/30/2013 | DEG | Office conference with X. Chiu re redacted | 0.30 | $500.00 | $150.00 |
| 5/31/2013 | CRL | Draft third party subpoenas. | 3.00 | $300.00 | $900.00 |
| 5/31/2013 | MJW | Office conference with C. Lepore re redacted | 0.20 | $350.00 | $70.00 |
| 5/31/2013 | XC | Research for D. Gottlieb; edit discovery requests. | 1.10 | $175.00 | $192.50 |
| 6/03/2013 | DEG | Emails with clients re redacted ; emails with opposing counsel re ESI conference; review and revise third party subpoenas; office conference with C. Lepore and M. Willemin re same. | 2.00 | $500.00 | $1,000.00 |
| 6/03/2013 | XC | Draft discovery responses templates for D. Gottlieb; draft third party subpoenas and notices of subpoenas. | 2.70 | $175.00 | $472.50 |
| 6/04/2013 | DEG | Emails with clients; review ESI protocol in preparation for telephone conference; review and revise subpoenas. | 2.50 | $500.00 | $1,250.00 |
| 6/05/2013 | DEG | Telephone conference with opposing counsel re ESI and settlement; preparation for same; office conference with M. Willemin re redacted ; office conference with D. Wigdor re redacted | 1.30 | $500.00 | $650.00 |
| 6/05/2013 | MJW | Telephone conference with opposing counsel re ESI protocol; prepare for same. | 1.20 | $350.00 | $420.00 |
| 6/05/2013 | XC | Draft cover letters to third parties re REDACTED ; finalize and send subpoenas; prepare document production. | 2.50 | $175.00 | $437.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 6/06/2013 | DEG | Review and revise letter memorializing telephone conference with J. Ho and others; office conferences with M. Willemin re REDACTED ; emails to clients re REDACTED ; telephone conference with custodian from ADP; email re same. | 1.50 | $500.00 | $750.00 |
| 6/06/2013 | MJW | Draft responses to defendants' document requests. | 6.00 | $350.00 | $2,100.00 |
| 6/06/2013 | XC | Finalize letter to opposing counsel re ESI telephone conference. | 0.10 | $175.00 | $17.50 |
| 6/07/2013 | DEG | Prepare response to ADP letter. | 0.30 | $500.00 | $150.00 |
| 6/07/2013 | KLB | Legal research re REDACTED ;  email and office conference re REDACTED | 2.60 | $350.00 | $910.00 |
| 6/07/2013 | MJW | Review documents in preparation for production. | 5.50 | $350.00 | $1,925.00 |
| 6/07/2013 | TC | Prepare document production. | 3.00 | $175.00 | $525.00 |
| 6/10/2013 | DEG | Review correspondence from J. Ho re ESI; review and revise letter to N. Panella re ADP subpoena. | 1.00 | $500.00 | $500.00 |
| 6/10/2013 | KLB | Draft letter to ADP re subpoena costs. | 0.90 | $350.00 | $315.00 |
| 6/10/2013 | TC | Send letter re document subpoena. | 0.20 | $175.00 | $35.00 |
| 6/11/2013 | DEG | Emails re subpoenas and other issues. | 0.30 | $500.00 | $150.00 |
| 6/11/2013 | MJW | Telephone conference with CIGNA representative re subpoena. | 0.30 | $350.00 | $105.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 6/11/2013 | XC | Telephone conference with CIGNA re subpoena; prepare and serve third party subpoenas. | 1.50 | $175.00 | $262.50 |
|---|---|---|---|---|---|
| 6/12/2013 | ACG | Finalize and send third party subpoena. | 0.50 | $175.00 | $87.50 |
| 6/12/2013 | DEG | Telephone conference with opposing counsel re mediation; emails re same; office conference with D. Wigdor re REDACTED | 0.50 | $500.00 | $250.00 |
| 6/17/2013 | DEG | Review confidentiality stipulation; office conference with M. Willemin re REDACTED | 1.00 | $500.00 | $500.00 |
| 6/17/2013 | MJW | Review, edit and revise joint letter to the court re the case; review, edit and revise confidentiality agreement. | 1.00 | $350.00 | $350.00 |
| 6/17/2013 | XC | Draft joint letter to Judge Torres re case overview. | 3.50 | $175.00 | $612.50 |
| 6/18/2013 | XC | Review and edit letter to Judge Torres re case overview. | 0.50 | $175.00 | $87.50 |
| 6/19/2013 | XC | Submit joint letter to Judge re case overview. | 0.20 | $175.00 | $35.00 |
| 6/26/2013 | DEG | Emails to clients re REDACTED | 0.50 | $500.00 | $250.00 |
| 6/28/2013 | DEG | Draft letter to court re update re mediation. | 0.30 | $500.00 | $150.00 |
| 6/28/2013 | XC | Finalize and submit letter to Judge Torres re mediation. | 0.20 | $175.00 | $35.00 |
| 7/01/2013 | TC | Scan and send mediation agreement to mediator. | 0.20 | $175.00 | $35.00 |
| 7/01/2013 | XC | Prepare and finalize JAMS agreement re mediation. | 0.30 | $175.00 | $52.50 |
| 7/02/2013 | TC | Finalize and send subpoena to Unum Group. | 0.30 | $175.00 | $52.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 7/08/2013 | DEG | Review letter application; office conference with M. Willemin and M. Pisciotta re _redacted_ ; telephone conference with J. Ho re mediation and letter brief; review subpoena responses. | 1.80 | $500.00 | $900.00 |
|---|---|---|---|---|---|
| 7/08/2013 | MJW | Office conference with D. Gottlieb re _redacted_ ; office conference with M. Pisciotta and D. Gottlieb re _redacted_ ; telephone conference with D. Gottlieb and J. Ho re same. | 0.90 | $350.00 | $315.00 |
| 7/08/2013 | MRP | Research related to _redacted_ re _redated_ | 5.00 | $300.00 | $1,500.00 |
| 7/09/2013 | MJW | Office conference with D. Gottlieb re _redacted_ ; office conference with D. Gottlieb and M. Pisciotta re _redacted_; telephone conference with Delta Dental re _redacted_ response. | 1.20 | $350.00 | $420.00 |
| 7/09/2013 | MRP | Draft response letter to the court re motion for judgment on pleadings. | 6.60 | $300.00 | $1,980.00 |
| 7/10/2013 | MJW | Edit and revise letter to the court re proposed motion to dismiss. | 1.00 | $350.00 | $350.00 |
| 7/10/2013 | MRP | Draft response letter to court for review by M. Willemin; researched legal issues for letter. | 9.50 | $300.00 | $2,850.00 |
| 7/11/2013 | DEG | Office conference with M. Willemin re third party subpoenas. | 0.70 | $500.00 | $350.00 |
| 7/11/2013 | MJW | Edit and revise letter to the court re proposed motion to dismiss; legal research re _redacted_ ; telephone conference and email correspondence with counsel for CIGNA re subpoena. | 5.50 | $350.00 | $1,925.00 |
| 7/11/2013 | MRP | Researched various legal issues in | 0.80 | $300.00 | $240.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

connection with letter to court.

| 7/12/2013 | MJW | Draft letter to court in response to defendants' pre-motion conference letter. | 3.50 | $350.00 | $1,225.00 |
| 7/15/2013 | DEG | Review and revise letter re pre-motion conference; telephone conference with REDACTED | 2.00 | $500.00 | $1,000.00 |
| 7/15/2013 | XC | Review documents provided by ADP; proofread letter to court re pre-mediation. | 2.50 | $175.00 | $437.50 |
| 7/16/2013 | DEG | Office conference with D. Wigdor re REDACTED ; office conference with M. Willemin re subpoenas. | 0.50 | $500.00 | $250.00 |
| 7/16/2013 | MJW | Office conference with D. Gottlieb re REDACTED | 0.30 | $350.00 | $105.00 |
| 7/18/2013 | DEG | Office conference with M. Willemin re REDACTED and calls to clients re REDACTED | 0.50 | $500.00 | $250.00 |
| 7/18/2013 | XC | Review document production from Delta Dental. | 3.00 | $175.00 | $525.00 |
| 7/19/2013 | DEG | Review subpoena responses; office conference with M. Willemin re redacted. | 0.50 | $500.00 | $250.00 |
| 7/19/2013 | MJW | Draft response to defendants' letter re electronically stored information; office conference with D. Gottlieb re redacted ; legal research re redacted ; telephone conference with P. Cresti, G. Lacava and A. Illagan re redacted | 5.60 | $350.00 | $1,960.00 |
| 7/19/2013 | XC | Review document production from VSP and ADP. | 4.00 | $175.00 | $700.00 |
| 7/22/2013 | DEG | Review and revise letter in response to ESI issues; office conference with M. Willemin re | 3.50 | $500.00 | $1,750.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | redacted  ; emails to clients re conference calls; office conference with M. Willemin re redacted |  |  |  |
| 7/22/2013 | MJW | Draft mediation brief; legal research re redacted | 7.50 | $350.00 | $2,625.00 |
| 7/22/2013 | XC | Review letter in response to defendants' letter re ESI; review document production provided by The Standard. | 3.50 | $175.00 | $612.50 |
| 7/23/2013 | MJW | Draft mediation brief; legal research re redacted . | 7.10 | $350.00 | $2,485.00 |
| 7/23/2013 | XC | Review document production provided by CIGNA. | 3.00 | $175.00 | $525.00 |
| 7/24/2013 | DEG | Email to C. Wittenberg re mediation call; office conference with D. Wigdor re redacted | 1.00 | $500.00 | $500.00 |
| 7/24/2013 | MJW | Draft mediation brief; review documents re redacted ; legal research re redacted | 8.50 | $350.00 | $2,975.00 |
| 7/25/2013 | DEG | Telephone conference with D. Byrne re redacted ; preparation for pre-mediation call; office conference with M. Willemin re redacted | 2.00 | $500.00 | $1,000.00 |
| 7/25/2013 | MJW | Telephone conference with D. Byrne and D. Gottlieb re redacted ; draft mediation brief; review documents for exhibits for same. | 10.30 | $350.00 | $3,605.00 |
| 7/25/2013 | XC | Gather client documents for M. Willemin in preparation for mediation. | 1.50 | $175.00 | $262.50 |
| 7/26/2013 | AM | Assist X. Chiu prepare mediation binder. | 1.00 | $175.00 | $175.00 |
| 7/26/2013 | DEG | Pre-mediation conference call with C. Wittenberg; preparation for same; office conference with M. Willemin re redacted ; review and revise mediation brief; legal research re redacted | 4.50 | $500.00 | $2,250.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 7/26/2013 | MJW | Draft, edit and revise mediation statement; prepare documents re redacted | 4.50 | $350.00 | $1,575.00 |
| 7/26/2013 | XC | Draft subpoenas to Bank of America and HSBC; review mediation brief and prepare exhibits to mediation brief. | 4.50 | $175.00 | $787.50 |
| 7/29/2013 | DEG | Review and revise mediation brief; office conferences with M. Willemin re redacted | 2.50 | $500.00 | $1,250.00 |
| 7/29/2013 | XC | Organize pre-mediation conference calls schedule for D. Gottlieb. | 0.30 | $175.00 | $52.50 |
| 7/30/2013 | DEG | Review and revise mediation brief. | 2.00 | $500.00 | $1,000.00 |
| 7/30/2013 | MJW | Edit and revise subpoenas; email correspondence with all clients re redacted obtain subpoena addresses. | 2.10 | $350.00 | $735.00 |
| 7/30/2013 | XC | Organize pre-mediation conference call schedules; review, edit and finalize subpoenas to Bank of America and HSBC. | 2.00 | $175.00 | $350.00 |
| 7/31/2013 | DEG | Review and revise mediation brief; office conference with M. Willemin re redacted ; review email from opposing counsel re class settlement; office conference with D. Wigdor re redacted; office conference with M. Willemin re redacted; prepare response. | 3.50 | $500.00 | $1,750.00 |
| 7/31/2013 | MJW | Draft, edit and revise mediation statement; office conference with D. Gottlieb re redacted ; office conference with D. Gottlieb re redacted ; telephone conference with P. Cresti re redacted ; email correspondence with V. Kvint re redacted . | 9.10 | $350.00 | $3,185.00 |
| 7/31/2013 | XC | Prepare exhibits for mediation statement; finalize mediation statement. | 1.20 | $175.00 | $210.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 8/01/2013 | DEG | Telephone conference with clients re redacted prepare for same; telephone conference with opposing counsel re mediation and discovery; review opposing counsel mediation statement; office conference with M. Willemin re redacted | 4.00 | $500.00 | $2,000.00 |
|---|---|---|---|---|---|
| 8/01/2013 | MJW | Edit and revise mediation statement; review defendants' mediation statement. | 7.60 | $350.00 | $2,660.00 |
| 8/01/2013 | XC | Review and edit mediation brief; finalize exhibits for mediation brief; draft table of contents; create cover page. | 6.00 | $175.00 | $1,050.00 |
| 8/02/2013 | AM | Assist X. Chiu with mediation exhibits. | 1.20 | $175.00 | $210.00 |
| 8/02/2013 | CJP | Prepare documents for mediation. | 1.60 | $175.00 | $280.00 |
| 8/02/2013 | MJW | Travel to Kinkos to bind mediation briefs; email correspondence with D. Gottlieb re redacted ; telephone conference with JAMS and CIGNA's counsel re confidentiality; redacted with numerous clients; prepare for same. | 3.20 | $350.00 | $1,120.00 |
| 8/02/2013 | XC | Finalize mediation brief and exhibits; organize defendants' mediation brief and exhibits for D. Gottlieb and M. Willemin's review. | 4.00 | $175.00 | $700.00 |
| 8/05/2013 | DEG | Conference call re redacted with clients; prepare for mediation opening; office conference with M. Willemin re redacted | 2.00 | $500.00 | $1,000.00 |
| 8/05/2013 | MJW | Office conference with D. Gottlieb re redacted ; office conference with C. Lepore re same; telephone conference with Bank of America re account subpoena; redacted ; telephone conference with clients re redacted | 3.70 | $350.00 | $1,295.00 |

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

| 8/06/2013 | CRL | Research issues for mediation. | 7.70 | $300.00 | $2,310.00 |
|---|---|---|---|---|---|
| 8/06/2013 | DEG | Mediation preparation; office conference with M. Willemin re redacted | 5.00 | $500.00 | $2,500.00 |
| 8/06/2013 | MJW | Prepare for mediation; legal research re redacted ; office conference with D. Gottlieb re redacted ; draft opening statement. | 12.30 | $350.00 | $4,305.00 |
| 8/06/2013 | XC | Prepare for mediation. | 12.00 | $175.00 | $2,100.00 |
| 8/07/2013 | DEG | Mediation. | 12.00 | $500.00 | $6,000.00 |
| 8/07/2013 | DHW | Mediation. | 9.00 | $750.00 | $6,750.00 |
| 8/07/2013 | MJW | Prepare for, travel to and attend mediation. | 11.70 | $350.00 | $4,095.00 |
| 8/07/2013 | XC | Attend mediation. | 12.00 | $175.00 | $2,100.00 |
| 8/08/2013 | DEG | Draft settlement agreement with M. Willemin and attachments. | 4.50 | $500.00 | $2,250.00 |
| 8/08/2013 | MJW | Draft settlement agreement; draft settlement agreement charts and breakdown. | 8.00 | $350.00 | $2,800.00 |
| 8/09/2013 | DEG | Review and revise settlement agreement; telephone conference with J. Ho re agreement; emails with M. Willemin re redacted | 2.00 | $500.00 | $1,000.00 |
| 8/09/2013 | MJW | Edit and revise settlement agreement; telephone conference with opposing counsel and D. Gottlieb re Chubb; office conference and email correspondence with D. Gottlieb re redacted | 1.50 | $350.00 | $525.00 |
| 8/12/2013 | DEG | Review and revise exhibits to settlement agreement; office conference with M. | 1.00 | $500.00 | $500.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Willemin re  redacted

| 8/12/2013 | MJW | Draft personal guarantee. | 1.50 | $350.00 | $525.00 |
|-----------|-----|---------------------------|------|---------|---------|
| 8/13/2013 | DEG | Review and revise settlement agreement and exhibits to same. | 2.00 | $500.00 | $1,000.00 |
| 8/13/2013 | MJW | Review defendants' edits to settlement agreement. | 0.20 | $350.00 | $70.00 |
| 8/13/2013 | MJW | Draft personal guarantee; edit and revise charts with D. Gottlieb. | 0.60 | $350.00 | $210.00 |
| 8/14/2013 | DEG | Review and revise settlement agreement and exhibits. | 1.00 | $500.00 | $500.00 |
| 8/16/2013 | MJW | Edit and revise settlement agreement; telephone conference with D. Gottlieb re redacted ; telephone conference with opposing counsel re same. | 0.80 | $350.00 | $280.00 |
| 8/20/2013 | DEG | Office conference with M. Willemin re redacted ; emails with opposing counsel re same. | 1.00 | $500.00 | $500.00 |
| 8/20/2013 | MJW | Telephone conference with K. Reid re settlement agreement. | 0.20 | $350.00 | $70.00 |
| 8/20/2013 | MJW | Office conference with D. Gottlieb re redacted | 0.80 | $350.00 | $280.00 |
| 8/20/2013 | MJW | Office conference with D. Gottlieb re redacted | 0.80 | $350.00 | $280.00 |
| 8/22/2013 | DEG | Review and revise settlement agreement; telephone conference with D. Byrne re redacted ; emails with opposing counsel re same. | 1.00 | $500.00 | $500.00 |
| 8/22/2013 | MJW | Telephone conference with D. Byrne re | 0.80 | $350.00 | $280.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

redacted

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 8/23/2013 | DEG | Telephone conference with opposing counsel re settlement; telephone conference with D. Byrne re redacted ; emails to clients re redacted | 2.00 | $500.00 | $1,000.00 |
| 8/23/2013 | MJW | Email correspondence with opposing counsel; telephone conference with R. Klein and B. Park. | 0.70 | $350.00 | $245.00 |
| 8/25/2013 | MJW | Telephone conference with G. Lacava re redacted | 0.30 | $350.00 | $105.00 |
| 8/26/2013 | DEG | Conference call with clients; review and revise settlement agreement; emails and telephone conference with opposing counsel re same. | 2.00 | $500.00 | $1,000.00 |
| 8/26/2013 | MJW | Email correspondence and office conference with D. Gottlieb re redacted ; telephone conference with D. Gottlieb and K. Reid re redacted ; telephone conference with D. Gottlieb and clients re settlement agreement. | 1.20 | $350.00 | $420.00 |
| 8/26/2013 | XC | Organize client W4s, W9s and settlement agreements. | 0.30 | $175.00 | $52.50 |
| 8/27/2013 | DEG | Finalize settlement; file stipulation of dismissal; emails and telephone conference with opposing counsel re same. | 1.50 | $500.00 | $750.00 |
| 8/27/2013 | MJW | Communication with clients re redacted | 0.60 | $350.00 | $210.00 |
| 8/27/2013 | XC | Finalize settlement agreement; file stipulation of dismissal. | 1.50 | $175.00 | $262.50 |
| 8/28/2013 | DEG | Telephone conference with opposing counsel re court order. | 0.30 | $500.00 | $150.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:    34

| 8/28/2013 | MJW | Email correspondence with D. Gottlieb and K. Reid re W4s and W9s; email correspondence with D. Gottlieb re redacted ; draft email correspondence to clients re redacted | 0.80 | $350.00 | $280.00 |
|---|---|---|---|---|---|
| 8/29/2013 | DEG | Emails to clients re redacted | 1.50 | $500.00 | $750.00 |
| 8/29/2013 | MJW | Draft email correspondence to clients re redacted | 0.30 | $350.00 | $105.00 |
| 9/03/2013 | DEG | Telephone conference with opposing counsel re submission to court; telephone conference with opposing counsel and court re telephone conference with judge; office conference with M. Willemin re redacted | 2.00 | $500.00 | $1,000.00 |
| 9/04/2013 | MJW | Office conference with D. Gottlieb re redacted ; telephone conference with opposing counsel and D. Gottlieb re same. | 0.80 | $350.00 | $280.00 |
| 9/04/2013 | XC | Update D. Gottlieb's working materials. | 0.40 | $175.00 | $70.00 |
| 9/05/2013 | MJW | Telephone conference with D. Gottlieb and K. Reid re letter to the court; edit and revise same. | 0.50 | $350.00 | $175.00 |
| 9/06/2013 | DEG | Draft correspondence to the court; office conference with M. Willemin re redacted ; telephone conference with opposing counsel re same. | 1.00 | $500.00 | $500.00 |
| 9/06/2013 | XC | Finalize and e-file letter to Judge Torres re fairness hearing. | 0.30 | $175.00 | $52.50 |
| 9/09/2013 | DEG | Review court order; telephone conference with opposing counsel re redacted ; office conference with M. Willemin re redacted ; review and revise letter to court. | 1.00 | $500.00 | $500.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 9/09/2013 | MJW | Draft letter to court re settlement agreement; telephone conference with K. Reid and D. Gottlieb re same. | 0.80 | $350.00 | $280.00 |
|---|---|---|---|---|---|
| 9/10/2013 | DEG | Emails with opposing counsel and revisions to letter to court; office conference with M. Willemin re redacted | 1.00 | $500.00 | $500.00 |
| 9/16/2013 | DEG | Begin drafting motion for settlement approval; telephone conference with opposing counsel re same; office conference with M. Willemin redacted | 2.50 | $500.00 | $1,250.00 |
| 9/16/2013 | MJW | Telephone conference with K. Reid re motion for approval; conference with D. Gottlieb re redacted | 0.60 | $350.00 | $210.00 |
| 9/17/2013 | DEG | Draft motion for settlement approval. | 2.00 | $500.00 | $1,000.00 |
| 9/18/2013 | DEG | Legal research re redacted | 1.00 | $500.00 | $500.00 |
| 9/19/2013 | CJP | Print cases. | 0.10 | $175.00 | $17.50 |
| 9/19/2013 | DEG | Legal research re redacted | 0.50 | $500.00 | $250.00 |
| 9/20/2013 | DEG | Draft motion for settlement approval. | 3.00 | $500.00 | $1,500.00 |
| 9/23/2013 | DEG | Review and revise motion for settlement approval. | 2.00 | $500.00 | $1,000.00 |
| 9/25/2013 | DEG | Review revise and draft motion for joint approval. | 3.00 | $500.00 | $1,500.00 |
| 9/26/2013 | CJP | Review and format joint motion for settlement approval. | 2.60 | $175.00 | $455.00 |
| 9/26/2013 | DEG | Review, revise and draft motion for joint approval. | 3.50 | $500.00 | $1,750.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/26/2013 | MJW | Office conference with D. Gottlieb re _redacted_ ; edit and revise same; draft declaration re same. | 2.50 | $350.00 | $875.00 |
| 9/26/2013 | XC | Research cases for D. Gottlieb; review and edit motion for settlement approval. | 5.00 | $175.00 | $875.00 |
| 9/27/2013 | ACK | Review and revise citations in fee application; drafted discrete section on the concern that the percentage award may constitute a "windfall" for same; legal research re _redacted_ | 3.00 | $225.00 | $675.00 |
| 9/27/2013 | DEG | Review and revise motion; legal research re _redacted_ ; office conference with A. Kurland re _redacted_ . | 4.00 | $500.00 | $2,000.00 |
| 9/27/2013 | XC | Edit D. Gottlieb's declaration in support of motion for settlement approval; research cases for D. Gottlieb. | 2.00 | $175.00 | $350.00 |
| 9/28/2013 | DEG | Review and revise memo re joint approval; check cites by A. Kurland. | 1.00 | $500.00 | $500.00 |
| 9/28/2013 | XC | Prepare exhibits for motion for settlement approval; edit D. Gottlieb's declaration in support of motion for settlement approval. | 3.30 | $175.00 | $577.50 |
| 9/30/2013 | DEG | Review and revise motion for joint approval; office conference with M. Willemin re _redacted_ ; telephone conference with K. Reid re same. | 6.00 | $500.00 | $3,000.00 |
| 9/30/2013 | MJW | Edit, revise and finalize fairness brief; office conference with D. Gottlieb re _redacted_ . | 4.50 | $350.00 | $1,575.00 |
| 9/30/2013 | XC | Review and edit D. Gottlieb's declaration for motion for settlement approval; finalize exhibits; review and edit motion for settlement approval; e-file motion for settlement approval; prepare courtesy copy | 5.00 | $175.00 | $875.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

of motion for court.

|  |  |
|---|---|
| Total Fees | $308,860.00 |

**Staff Summary**

| Name | Position | Hours | Rate | Fees |
|------|----------|-------|------|------|
| Abigail C Garcia | Paralegal | 0.50 | $175.00 | $87.50 |
| Andrew C Kurland | Associate | 3.00 | $225.00 | $675.00 |
| Adam S Gross | Associate | 51.20 | $300.00 | $15,360.00 |
| Amanda Mitchell | Paralegal | 2.20 | $175.00 | $385.00 |
| Cordelia J Palitz | Paralegal | 4.30 | $175.00 | $752.50 |
| Christopher R Lepore | Associate | 12.60 | $300.00 | $3,780.00 |
| David E Gottlieb | Associate | 325.20 | $500.00 | $162,600.00 |
| Douglas H Wigdor | Partner | 16.80 | $750.00 | $12,600.00 |
| Katherine L Bromberg | Associate | 3.50 | $350.00 | $1,225.00 |
| Lucas B Rappoport | Paralegal | 3.30 | $175.00 | $577.50 |
| Michael J Willemin | Associate | 201.80 | $350.00 | $70,630.00 |
| Matthew R Pisciotta | Associate | 21.90 | $300.00 | $6,570.00 |
| Naomi D Lantsberg | Associate | 1.40 | $350.00 | $490.00 |
| Taylor Crabill | Paralegal | 8.30 | $175.00 | $1,452.50 |
| Tanvir H Rahman | Associate | 8.00 | $350.00 | $2,800.00 |
| Xenia Chiu | Paralegal | 165.00 | $175.00 | $28,875.00 |