# Exhibit O



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

March 21, 2013

                                        **PRIVILEGED AND CONFIDENTIAL**
                                        **ATTORNEY-CLIENT COMMUNICATION**

**VIA EMAIL**

                                              REDACTED

As explained to you, our fees for professional services rendered will be calculated based upon our standard billing rates of $750.00 per hour for partners' time, between $350.00 - $650.00 per hour for associates' time (depending on seniority), and $180.00 per hour for paralegals' time, for all hours worked on your matter.  These rates are subject to increase upon reasonable notice.  This fee calculation does not include out-of-pocket costs and office charges incurred as a result of the engagement.  In addition to legal fees that are paid and regardless of the outcome of the matter, you will be obligated to pay all customary out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business.

                                              REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

REDACTED

March 21, 2013
Page 2

REDACTED

Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

REDACTED

March 21, 2013
Page 3

REDACTED

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

REDACTED

March 21, 2013
Page 4

                                                     Sincerely,

                                                     Douglas H. Wigdor

AGREED:

REDACTED

By:   REDACTED
        REDACTED

Dated:   REDACTED



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

September 19, 2013

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION**

<u>**VIA EMAIL**</u>

REDACTED

As explained to you, our fees for professional services rendered will be calculated based upon our standard billing rates of $750.00 per hour for partners' time, between $350.00 - $650.00 per hour for associates' time (depending on seniority), and $180.00 per hour for paralegals' time, for all hours worked on your matter.  David Gottlieb will be the primary associate handling your matter, and will be billed at a rate of $500.00 per hour.  These rates are subject to increase upon reasonable notice.  This fee calculation does not include out-of-pocket costs and office charges incurred as a result of the engagement.  In addition to legal fees that are paid and regardless of the outcome of the matter, you will be obligated to pay all customary out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business.

REDACTED

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

REDACTED

September 19, 2013
Page 2

REDACTED

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

REDACTED

September 19, 2013
Page 3

REDACTED

Sincerely,

Douglas H. Wigdor

AGREED:

REDACTED
REDACTED

Dated: REDACTED



## Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

June 10, 2011

                                          **PRIVILEGED AND CONFIDENTIAL**
                                     **ATTORNEY-CLIENT COMMUNICATION**

**VIA E-MAIL**

Re:

Dear Ms.

We are pleased to have the opportunity to represent you in connection with your claims against _____. This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750 per hour for partners' time, between $350-$625 per hour for associates' time (depending on seniority), and $175 per hour for paralegals' time, for all hours worked on your matter.

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

June 10, 2011
Page 2

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

June 10, 2011
Page 3

    We are looking forward to working with you. If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas Wigdor

AGREED:

# T W G

## Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

May 19, 2011

**VIA EMAIL**

Re:

Dear

We are pleased to have the opportunity to represent you in connection with providing advice and counsel regarding                                                                                                                                          This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750.00 per hour for partners' time, between $325.00 - $650.00 per hour for associates' time (depending on seniority), and $185.00 per hour for paralegals' time, for all hours worked on your matter.

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

May 19, 2011
Page 2

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Rameen Soltani
May 19, 2011
Page 3

                We are looking forward to working with you. If you have any questions, please do not hesitate to contact me at any time.

                Sincerely,

                Douglas H. Wigdor

AGREED:



**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

March 17, 2011

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION**

Re:

Dear

We are pleased to have the opportunity to represent you                                                    This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750.00 per hour for partners' time, between $400.00 - $575.00 per hour for associates' time (depending on seniority), and $185.00 per hour for paralegals' time, for all hours worked on your matter.

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

March 17, 2011
Page 2

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

March 17, 2011
Page 3

                We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

                              Sincerely,

                              Douglas H. Wigdor

AGREED:



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

May 1, 2012

Re:

Dear

We are pleased to have the opportunity to represent you

This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750.00 per hour for partners' time, between $350.00 - $600.00 per hour for associates' time (depending on seniority), and $180.00 per hour for paralegals' time, for all hours worked on your matter.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

May 1, 2012
Page 2

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

May 1, 2012
Page 3

      We are looking forward to working with you. If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas H. Wigdor

AGREED: